UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CRAIG GOULET,** | ) CASE NO. 04-12577 JLT |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) NOTICE OF APPEARANCE |
| | ) |
| **NEW PENN MOTOR EXPRESS, INC., et. al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | |

**TO THE CLERK AND ALL PARTIES OF RECORD:**

Kindly enter the appearance of Nicholas A. Klinefeldt as counsel to New Penn Motor Express, Inc. in the above-captioned matter.

                                                           Respectfully submitted,

                                                          /s/ Nicholas A. Klinefeldt
                                                          Frank A. Libby, Jr. (BBO # 299110)
                                                          Nicholas A. Klinefeldt (BBO # 647422)
                                                          **KELLY, LIBBY & HOOPES, P.C.**
                                                          175 Federal Street
                                                          Boston, Massachusetts 02110
                                                          Telephone: 617-338-9300
                                                          Facsimile: 617-338-9911

                                                  *Attorneys for Defendant New Penn Motor Express, Inc.*

Dated: January 26, 2005