UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 JLT

FILED IN CLERKS OFFICE
2005 FEB 10 P 1:41
U.S. DISTRICT COURT
DISTRICT OF MASS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CRAIG GOULET,                          \*
   Plaintiff                           \*
                                       \*
v.                                     \*
                                       \*
NEW PENN MOTOR EXPRESS, INC., and      \*
TEAMSTERS LOCAL 25,                    \*
INTERNATIONAL BROTHERHOOD OF           \*
TEAMSTERS,                             \*
   Defendants                          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION FOR CONTINUANCE (ASSENTED TO)

Plaintiff Craig Goulet hereby moves this Court to continue the Scheduling Conference presently scheduled for March 1, 2005. The grounds for this Motion is that the undersigned has been scheduled for several months now to begin a Civil Service trial that same day in Boston, Massachusetts, and trial may last several days.

The undersigned has communicated with counsel for the defendants, and they have indicated that they have no opposition to this motion. Counsel for defendant New Penn Motor Express, Inc., has indicated, however, that he is unavailable the week of March 16, 2005, because of his own trial commitment. Also, the undersigned has an appearance before Judge Lindsay on March 21, 2005, at 3:00 p.m.

**WHEREFORE** the conference in this case should be rescheduled.

Craig Goulet

By his attorney

*Scott A. Lathrop*

Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: February 9, 2005

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants by mailing this day a copy to the last known address of their Attorneys of Record.

*Scott A. Lathrop*

Scott A. Lathrop

Dated: February 9, 2005