UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 JLT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CRAIG GOULET,
   Plaintiff

v.

NEW PENN MOTOR EXPRESS, INC., and
TEAMSTERS LOCAL 25,
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS,
   Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT PRETRIAL STATEMENT

The parties in the above-captioned matter hereby submit their Joint Pretrial Statement in connection with the scheduling conference.

I.    Joint Discovery Plan

The parties have agreed to the following discovery schedule:

   A.    Initial disclosures completed by April 1, 2005;

   B.    All discovery requests served and depositions to be noticed by December 31, 2005; and

   C.    All discovery completed by January 31, 2006.

1

II. <u>Schedule for Filing of Dispositive Motions</u>

    A. Rule 56 motion served and filed by Mar h 31, 2006; and

    B. Opposition to Rule 56 motion served and filed by April 30, 2006.

III. <u>Possible Trial By Magistrate Judge</u>

The parties do not consent to trial by a Magistrate Judge.

IV. <u>Certification Pursuant to Local Rule 16.1(D)(3)</u>

The parties will submit certifications in compliance with Local Rule 16.1(D)(3).

| FOR PLAINTIFF: | FOR DEFENDANT<br>NEW PENN MOTOR EXPRESS: |
|---|---|
| *Scott A. Lathrop* (signature)<br>Scott A. Lathrop, Esq. (BBO #287820)<br>Scott A. Lathrop & Associates<br>122 Old Ayer Road<br>Groton, MA 01450<br>(978) 448-8234 | *Carl Glueck* (signature)<br>T. Merritt Bumpass, Jr. (Ohio Bar # 0015189<br>Carl H. Glueck (Ohio Bar # 00295310<br>**FRANTZ WARD LLP**<br>2500 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114<br>Telephone: (216) 515-1660<br>Facsimile (216) 515-1650<br><br>Frank A. Libby, Jr. (BBO # 299110)<br>Nicholas A. Klinefeldt (BBO # 647422)<br>**Kelly, Libby & Hoopes, P.C.**<br>175 Federal Street<br>Boston, MA 02110<br>Telephone: 617-338-9300<br>Facsimile: 617-338-9911 |
| Dated: 3/7/05 | Dated: 3/7/05 |

**FOR DEFENDANT
TEAMSTERS LOCAL 25:**

*Kathleen Pennini /src*
--------------------------------
Matthew E. Dwyer (BBO # 139840)
Kathleen A. Pennini (BB) # 654573)
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
617-723-9777

Dated: 3/7/05