UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 JLT

*************************************
CRAIG GOULET,                          *
    Plaintiff                          *
                                       *
v.                                     *
                                       *
NEW PENN MOTOR EXPRESS, INC., and      *
TEAMSTERS LOCAL 25,                    *
INTERNATIONAL BROTHERHOOD OF           *
TEAMSTERS,                             *
    Defendants                         *
*************************************

## LOCAL RULE 16.1(D) CERTIFICATE

Craig Goulet, a party to the above-referenced action, and Scott A. Lathrop hereby certify that we have conferred:

(a) with a view to establish budget for the cost of conducting the full course, and alternative courses, of the litigation; and,

(b) to consider the advisability of resolving this litigation through the use of various alternative dispute resolution programs.

_____
Craig Goulet

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: 3/7/05

1

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Certificate on the opposing party by mailing this day a copy to the last known address of his, her or its Attorney of Record.

_____
Scott A. Lathrop

Dated: