# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG GOULET, | CASE NO. 04-12577-JLT |
| Plaintiff, | |
| v. | DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |
| NEW PENN MOTOR EXPRESS, et al., | |
| Defendants. | |

Pursuant to Local Rule 7.3, Defendant, Roadway Express, Inc., makes this Corporate Disclosure Statement.

Roadway Express, Inc. is a wholly owned subsidiary of Yellow Roadway Corporation.

Respectfully submitted,

/*s/ Carl H. Gluek*
T. Merritt Bumpass, Jr. (Ohio Bar # 0015189)
Carl H. Gluek (Ohio Bar #0029531)
**FRANTZ WARD LLP**
55 Public Square Building, 19th Floor
Cleveland, Ohio 44113-1999
Telephone: (216) 515-1660
Facsimile: (216) 515-1650
mbumpass@frantzward.com
cgluek@frantzward.com

Frank A. Libby, Jr. (BBO # 299110)
Nicholas A. Klinefeldt (BBO # 647422)
**KELLY, LIBBY & HOOPES, P.C.**
175 Federal Street
Boston, Massachusetts 02110
Telephone: 617-338-9300,
Facsimile: 617-338-9911
flibby@klhboston.com
nklinefeldt@klhboston.com

*Attorneys for Defendant, New Penn Motor Express, Inc.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Defendant's' Corporate Disclosure Statement was served by electronic filing and by regular U.S. mail, postage prepaid to Scott A. Lathrop, Esq., *Attorney for Plaintiff*, Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450 and Matthew E. Dwyer, Esq., *Attorney for Teamsters Local 25*, Dwyer, Duddy, Facklam, One Center Plaza, Suite 360, Boston, MA 02108 on this 15th day of March 2005.


/*s/ Carl H. Gluek*
Attorney for Defendants