UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 29  A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CRAIG GOULET ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NEW PENN MOTOR EXPRESS ) | |
| Defendant ) | |
| ) | |
| and ) | |
| ) | |
| TEAMSTERS LOCAL 25 ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| TEAMSTERS ) | |
| ) | CIVIL ACTION |
| Defendant, ) | NO. 04-12577-JLT |
| ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1

The undersigned party and counsel certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_/s/ Ritchie Reardon_
Ritchie Reardon
President, Teamsters Local 25

_/s/ Matthew E. Dwyer_
Matthew E. Dwyer
B.B.O. # 139840
One Center Plaza, Suite 360
Boston, MA  02108
(617) 723-9777

Date: March __, 2005

f:\l25\goulet\pldg\cert.compliance.lr16.1d.doc:blg