UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CRAIG GOULET, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12577-JLT |
| | * | |
| NEW PENN MOTOR EXPRESS, INC., | * | |
| and TEAMSTERS LOCAL 25, | * | |
| INTERNATIONAL BROTHERHOOD | * | |
| OF TEAMSTERS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

April 19, 2005

TAURO, J.

After the Scheduling Conference held on April 19, 2005, this court hereby orders that:

1. The Parties may depose (1) Mark Harrington, (2) William H. Carnes, (3) Doug Francey, (4) John A. Murphy, (5) R.L. Schaeffer, (6) Ronald Jenkins, (7) Paul Dubiel, (8) D.W. Schmidt, (9) Charles Zaccaria, and (10) Craig Goulet;

2. Plaintiff may serve the interrogatories discussed in open court;

3. The abovementioned depositions and interrogatories shall be completed by October 31, 2005;

4. No further discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for November 8, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge