## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CRAIG GOULET** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **NEW PENN MOTOR EXPRESS** ) | |
| **Defendant** ) | |
| ) | |
| **and** ) | |
| ) | |
| **TEAMSTERS LOCAL 25** ) | |
| **INTERNATIONAL BROTHERHOOD OF** ) | |
| **TEAMSTERS** ) | |
| ) | **CIVIL ACTION** |
| **Defendant,** ) | **NO. 04-12577-JLT** |
| ) | |

## MOTION FOR A PROTECTIVE ORDER
## PURSUANT TO RULE 26(c)(1)

The Defendant, Teamsters Local 25, moves for a protective order pursuant to F.R.Civ. P. R. 26 (c)(1) for a protective order that the discovery sought by the Plaintiff by interrogatories or by Rule 30(B)(6) deposition not be allowed as both discovery requests are beyond the scope of discovery permitted by the Court's Order of April 19, 2005, and the request for interrogatories exceeds the number of permissible interrogatories.

The Defendant, Teamsters Local 25, believes that good cause exists to grant a Protective Order for the following reasons:

1. Local 25 has made a good faith effort to confer with other parties to resolve the dispute without court action, but could not reach a mutually acceptable agreement;

2. Kathleen A. Pennini, attorney for Local 25, and Scott Lathrop, attorney for the Plaintiff, attended a scheduling conference on April 19, 2005 concerning the above-referenced matter;

3. At the scheduling conference, the Plaintiff requested permission to serve a set of interrogatories upon the Defendants despite the Court's reluctance to allow for such interrogatories;

4. At the scheduling conference, the parties had the opportunity to inform the COurt of the identify of the person(s) or entities that it wished to depose;

5. At the scheduling conference, the Plaintiff name Local 25, as a labor organization, among the entities or person(s) that it wished to depose;

6. By order dated April 19, 2005, the Court delineated the people that may be deposed by the parties and granted the Plaintiff the permission to "serve the interrogatories discussed in open court;" A true copy of the April 19, 2005 order is attached hereto as Exhibit A.

7. The April 19, 2005 order also stated that "[n]o further discovery will be permitted without leave of this court;"

8. The Plaintiff served a set of interrogatories on the Defendant, Local 25 on or after May 12, 2005;

9. The Plaintiff's first set of interrogatories to Local 25 exceeded more than 25 in number, including all discrete subparts;

10. The Plaintiff served a second set of interrogatories upon Local 25 on or after September 9, 2005; A copy of the Plaintiff's Second Set of Interrogatories is attached hereto as Exhibit B.

11. The Plaintiff served a Notice of Deposition for a Rule 30(b)(6) deposition on or after September 9, 2005; A copy of the Notice of Deposition is attached hereto as ExhibitC.

12. The service of a second set of interrogatories to Local 25 is beyond the scope of the interrogatories that were allowed by the Order of April 19, 2005;

13. The service of a second set of interrogatories, containing two (2) additional interrogatories exceeds the number of interrogatories permitted by F.R.Civ.P. 33(a);

14. The Notice of the Rule 30(b)(6) deposition is beyond the scope of the depositions allowed by the Order of April 19, 2005;

15. The Plaintiff did not seek leave of court prior to serving the second set of interrogatories or the notice of Rule 30(b)(6) deposition upon the Defendant.

For the foregoing reasons, the Defendant, Local 25, requests that the Court grant a protective order pursuant to F.R.Civ.P. Rule 26(c)(1) and order that the discovery not be had.

Respectfully submitted,
Defendant,
**International Brotherhood of Teamsters, Local 25**
By its attorneys,


/s/ Kathleen A. Pennini_____
Matthew E. Dwyer (BBO# 139840)
Kathleen A. Pennini
(B.B.O.# 654573)
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA  02108
617-723-9777

Date: October 7, 2005

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail, to:

Scott Lathrop, Esq.                          Carl H. Gluek, Esq.
Scott A. Lathrop & Associates                Frantz Ward, LLP
122 Old Ayer Road                            2500 Key Center
Groton, MA  01450                            127 Public Square
                                             Cleveland, Ohio, 44114-1230


                                             /s/ Kathleen A. Pennini_____
Dated: October 7, 2005                       Kathleen A. Pennini

f:\l25\goulet\pldg\mot.protective.order.doc:blg

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRAIG GOULET,                        *
                                     *
          Plaintiff,                 *
                                     *
     v.                              *          Civil Action No. 04-12577-JLT
                                     *
NEW PENN MOTOR EXPRESS, INC.,        *
and TEAMSTERS LOCAL 25,              *
INTERNATIONAL BROTHERHOOD            *
OF TEAMSTERS,                        *
                                     *
          Defendants.                *

ORDER

April 19, 2005

TAURO, J.

     After the Scheduling Conference held on April 19, 2005, this court hereby orders that:

1.   The Parties may depose (1) Mark Harrington, (2) William H. Carnes, (3) Doug
     Francey, (4) John A. Murphy, (5) R.L. Schaeffer, (6) Ronald Jenkins, (7) Paul
     Dubiel, (8) D.W. Schmidt, (9) Charles Zaccaria, and (10) Craig Goulet;

2.   Plaintiff may serve the interrogatories discussed in open court;

3.   The abovementioned depositions and interrogatories shall be completed by
     October 31, 2005;

4.   No further discovery will be permitted without leave of this court; and

5.   A Further Conference is scheduled for November 8, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                              /s/ Joseph L. Tauro
                              United States District Judge

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 JLT

```
***************************************
CRAIG GOULET,                          *
    Plaintiff                          *
                                       *
    v.                                 *
                                       *
NEW PENN MOTOR EXPRESS, INC., and      *
TEAMSTERS LOCAL 25,                    *
INTERNATIONAL BROTHERHOOD OF           *
TEAMSTERS,                             *
    Defendants                         *
***************************************
```

## PLAINTIFF'S SECOND SET OF INTERROGATORIES
## TO DEFENDANT TEAMSTERS LOCAL 25

The plaintiff Craig Goulet pursuant to Rule 33 of the Rules of Civil Procedure requests

answers of the defendant Teamsters Local 25 within 30 days after service of the following

interrogatories:

### DEFINITIONS

1.  BACK-UP TAPES.  The term "back-up tapes" means magnetic tape storage or archiving

of electronic information ordinally contained on a computer system.

2.  CONCERNING.  The term "concerning" means referring to, describing, evidencing, or

constituting

3.  COMMUNICATION.  The term "communication" means the transmittal of information

1

(in the form of facts, ideas, inquiries, or otherwise.).

4.  COMPUTER or COMPUTER EQUIPMENT.  The term "computer" or "computer equipment" means all data processing equipment, including but not limited to, central processing units, tape drives, drum and disk storage devices, control units, input devices, and output devices; all unit record equipment, including but not limited to accumulators, calculators, and sorters; all record storage and retrieval equipment, including but not limited to microfilm storage and retrieval apparatus and audio/visual storage and retrieval apparatus.

5.  COMPUTER APPLICATION.  The term "computer application" means a program that performs a specific task or function, including e-mail messaging, word processing or spread sheets.

6.  COMPUTER LOG.  The term "computer log" means computer system usage records, such as a listing of electronically stored information and may include title, subject matter or first line of the document information and the date of the document.

7.  COMPUTER PROGRAM.  The term "computer program" means a set of instructions or steps, usually in symbolic form, that generates machine instructions and tells the computer how to handle a problem or sort information.

8.  COMPUTER SYSTEM.  The term "computer system" means an assembly of computer operations and procedures, persons, equipment and hardware and software, united by some form of regulated interaction to form an organized whole.

9.  COMPUTER SYSTEM MEDIA.  The term "computer system media" means the type of material used for storage of electronic information and includes floppy discs, hard drives and magnetic tapes.

10.  DOCUMENT.  The term "document" is defined to be synonymous in meaning and equal

2

in scope to the usage of this term in Rule 34 of the Rules of Civil Procedure. A draft or a non-identical

copy is a separate document within the meaning of this term.

11. E-MAIL. The term "e-mail" means an electronic messaging application that provides for

the receipt and sending of messages among users of a computer system and possibly to and from

remote users.

12. IDENTIFY (With Respect to Persons). When referring to a person, "to identify" means

to give, to the extent known, the person's full name, present or last known address, home telephone

number, business telephone number, and, when referring to a natural person, the present or last known

place of employment.

13. IDENTIFY (With Respect to Documents). When referring to documents, "to identify"

means to give, to the extent known, the

(a) type of document;

(b) general subject matter;

(c) date of the document; and

(d) author(s), addresses(s), and recipient(s).

14. OPERATING SYSTEM. The term "operating system" means an organized collection of

programs for operating a computer, usually part of a software package defined to simplify

housekeeping, such as input/output procedures, sort merge generators, etc.

15. PARTIES. The terms "plaintiff" and "defendant" as well as a party's full or abbreviated

name or a pronoun referring to a party mean the party and, where applicable, its officers, directors,

employees, partners, corporate parent, subsidiaries, or affiliates.

16. PERSON. The term "person" is defined as any natural person or any business, legal, or

governmental entity or association.

    17.  PURGE.  The term "purge" means to periodically or randomly delete or take off of the computer system e-mail messages and transfer this information to back-up tapes to restore or make usable computer memory.

    18.  STATE THE BASIS.  When an interrogatory calls upon a party to "state the basis" of or for a particular claim, assertion, allegation, or contention, the party shall:

> (a) identify each and every document (and, where pertinent, the section, article, or subparagraph thereof), which forms any part of the source of the party's information regarding the alleged facts or legal conclusions referred to by the interrogatory;
>
> (b) identify each and every communication which forms any part of the source of the party's information regarding the alleged facts or legal conclusions referred to by the interrogatory;
>
> (c) state separately the acts or omissions to act on the party of any person (identifying the acts or omissions to act by stating their nature, time and place and identifying the persons involved) which form any part of the party's information regarding the alleged facts or legal conclusions referred to in the interrogatory; and
>
> (d) state separately any other fact which forms the basis of the party's information regarding the alleged facts or conclusions referred to in the interrogatory.

    19.  USER.  The term "user" means a person who has access to a computer or in any manner uses or directs another to use any information stored in or generated by a computer.

## INTERROGATORIES

26.    Attached as Exhibit 1 hereto is a Dracut Seniority List.  With regard to this document, please:

    a.    Identify who prepared this Seniority List;

    b.    State when this Seniority List was prepared;

    c.    State the purpose for which this Seniority List was prepared;

    d.    Identify to whom this Seniority List was distributed or provided; and

    e.    Identify the person(s) whose handwriting appears under the Column "Preference 1"
and "Preference 2."


27.    Attached as Exhibit 2 hereto is a list of Canton employees. With regard to this document,
please:

    f.    Identify who prepared this document;

    g.    State when this document was prepared;

    h.    State the purpose for which this document was prepared; and

    i.    Identify to whom this document was distributed or provided.

Craig Goulet

By his attorney

*Scott A. Lathrop*

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated:  September 9, 2005

<u>Certificate of Service</u>

I, Scott A. Lathrop, hereby certify that I have served the foregoing Interrogatories on the defendants by mailing this day a copy to the last known address of their Attorneys of Record.

*Scott A. Lathrop*

_____
Scott A. Lathrop

Dated:  September 9, 2005

6

# EXHIBIT 1

02/20/02  WED 15:54 FAX 2424264          TEAMSTERS                                    ☒002

# Dracut Seniority List
NewPenn Terminal Preferences

| Number | Name | Seniority Date | Preference 1 | Preference 2 |
|--------|------|----------------|--------------|--------------|
| 04 1 | McGonigle, III, . | 05/28/1976 | Billerica | |
| 2 | Adams, W. | 05/16/1977 | Billerica | |
| 3 | Sullivan, Jr. J. 781 9388639 | 02/21/1979 | Billerica | |
| 33 4 | Mooney, A. | 05/01/1985 | Billerica | |
| 20 5 | Johnson, R. | 09/02/1993 | Billerica | |
| 60 6 | Murray, S. | 10/02/1993 | Billerica | |
| 87 | Martin, D. | 10/23/1993 | Billerica | Springfield |
| 17 8 | Partridge, G. | 10/24/1993 | Billerica | Springfield |
| 259 | Lorizio, V. | 09/30/1994 | Billerica | Burlington Vt. |
| 97 10 | Thibeault, R. | 01/17/1996 | Billerica | |
| 20 11 | Sheperd, G. | 01/30/1996 | Billerica | |
| 28 12 | Roddy, J. | 02/12/1997 | Billerica | |
| 13 | Jusseaume, M. | 02/14/1997 | Billerica | |
| 31 14 | Guerrette, M. | 02/21/1997 | Compensation | Workmens |
| 15 | Johnson, C. | 10/01/1997 | Billerica | Springfield |
| 84 16 | Comire, H. | 10/07/1997 | Billerica | |
| 24 17 | Racoppi, R. | 10/14/1997 | Billerica | Springfield |
| 94 18 | Walukiewicz, S. | 06/01/1998 | Billerica | |
| 27 19 | Hussey, R. | 10/22/1998 | Billerica | Springfield |
| 32 20 | Carney, III, R. | 10/23/1998 | Billerica | |
| 21 | Michaud, J. | 10/26/1998 | Billerica | |
| 09 22 | Babin, M. | 10/30/1998 | Billerica | |
| 95 23 | Boynton, E. | 12/01/1998 | Billerica | Burlington Vt. |
| 04 24 | Small, Jr., C. | 09/08/1999 | Billerica | |
| 36 25 | Guimond, N. | 10/01/1999 | Billerica | |
| 05 26 | Vaughan, M. | 10/04/1999 | Billerica | Springfield |
| 55 27 | Chalifour, P. | 10/05/1999 | Billerica | |
| 13 28 | Tucker, J. | 10/18/1999 | Billerica | Springfield |
| 49 29 | Dion, R. | 10/28/1999 | Billerica | |
| 41 30 | Arsenault, Jr., R. | 08/18/2000 | Billerica | |
| 16 31 | Morasse, Jr., J. | 12/22/2000 | Billerica | |
| 32 | Levine, J. | 08/18/2001 | Billerica | |

```
17-643-6904
17-667-2122
781 9388639
508-975-4133
508-683-3520
508-988-0160
508-922-4087
508-975-0417
508-468-5625
603-679-8497
603-382-0620
603-437-5128
978-957-7866
603-881-7431
603-898-1351
603-668-0484
508-689-1924
978-663-6794
603-432-4327
603-647-5432
978-685-2181
603-880-8209
603-444-6895
603-772-5704
603-729-4436
978-632-3105
603-626-7855
978-486-3013
603-888-4649
603-537-1541
978-685-4916
603-635-2357
```

Ex. 1

D018

**EXHIBIT 2**

✱ CHANGE

| # | FACILITY | NAME | ADDRESS | CITY/TOWN | CNT/ST | ZIP | TELEPHONE | SSN# | REG DATE | PRE. |
|---|----------|------|---------|-----------|--------|-----|-----------|------|----------|------|
| 1 | CANTON | Proul, R | 58 Spring St. | Braintree | MA | 02184 | (781) 848-5305 | 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 | 11/12/68 | Ret. |
| 2 | CANTON | Burrill, P. | 6 Grt. Woods Cl. | Norton | MA | 02766 | (508) 285-9452 | 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 | 6/3/070 | Prov. |
| 3 | CANTON | McCaffrey, M. | 29B Shaw St | Braintree | MA | 02184 | (781) 848-9223 | 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 | 10//70 | Bil. |
| 4 | CANTON | Heroux | | | | | | | | |
| 5 | CANTON | Mastropietro, R | 215 Forest Trail | Hanson | MA | 02311 | (781) 447-9455 | 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 | 6/14/73 | Ret. |
| 6 | CANTON | Setteriand, D | 72 Paul Rd. | Hanover | MA | 02339 | (781) 871-3525 | 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 | 11/3/73 | Bil. |
| 7 | CANTON | Loud, D. | 560 Bedford St | Abington | MA | 02351 | (781) 871-0416 | 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 | 1/11/74 | Ret. |
| 8 | CANTON | Petit, A | 11 Hinson Rd. | Weymouth | MA | 02188 | (781) 337-3557 | 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 | 3/11/74 | Ret |
| 9 | CANTON | Petit, R. | 115 Highland Ave. | Quincy | MA | 02169 | (617) 471-0098 | 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 | 9/15/75 | Bil. |
| 10 | CANTON | Durette, M | 111 Pond St | Swansea | MA | 02777 | (508) 674-7683 | 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 | 9/30/75 | Prov. |
| 11 | CANTON | Hoyt, H. | 23 Garfield St. | Foxboro | MA | 02035 | (508) 543-2978 | 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 | 8/17/76 | Ret |
| 12 | CANTON | Ellis, R | 1573 Liberty St | Braintree | MA | 02184 | (781) 843-1549 | 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 | 8/27/76 | Ret. |
| 13 | CANTON | Deramo, M. | 31 Washington St. | Sherborn | MA | 01770 | (508) 652-6086 | 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 | 2/2/77 | Bil. |
| 14 | CANTON | Sullivan, T. | 17 Hillside Dr | Plymouth | MA | 02360 | (508) 224-5584 | 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 | 10/24/77 | Bill |
| 15 | CANTON | Rabideau, R | P.O. Box 265 | Easton | MA | 02334 | (508) 230-2436 | 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 | 1/4/78 | Prov |
| 16 | CANTON | Kelley, Jr., W. | 306 Field St. | Brockton | MA | 02403 | (508) 583-0861 | 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 | 3/27/78 | Bil. |
| 17 | CANTON | Monahan, H | 4 Kathy Ln. | Hanson | MA | 02341 | (781) 826-2751 | 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 | 11/14/78 | Prov |
| 18 | CANTON | Petit, Jr., E. | 633 King St. | Hanover | MA | 02339 | (781) 871-7648 | 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 | 4/23/79 | Bil |
| 19 | CANTON | Pickering, G. | 53 Rosalind St. | N. Weymouth | MA | 02188 | (781) 337-6278 | 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 | 8/3/81 | Bil. |
| 20 | CANTON | Tisbert, B. | 17 Marsh Ave | Salem | NH | 03079 | (603) 890-6183 | 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 | 5/17/83 | Bil. |
| 21 | CANTON | Damiano, J | 22 Bixby Dr | E Bridgewater | MA | 02333 | (508) 378-3792 | 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 | 7/20/83 | Prov. |
| 22 | CANTON | Gwynn, N | 283 Central St | E. Bridgewater | MA | 02333 | (508) 378-0466 | 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 | 5/14/84 | Prov. |
| 23 | CANTON | Cardoza, P. | 804 Maple St. | Mansfield | MA | 02048 | (508)339-5134 | 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 | 9/24/84 | Prov. |
| 24 | CANTON | Bouffard, R. | 20 E. Nilsson St. | Brockton | MA | 02301 | (508) 588-6540 | 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 | 9/30/85 | Bil. |



EX 2
D024

| # | | Name | Address | City | State | Zip | Phone | SSN | Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | CANTON | Coull, D | 230 State Rd. | Plymouth | MA | 02360 | (508) 888-6964 | 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 | 4/6/73 | Ret. |
| 26 | CANTON | McGee, R. | 437 Commonwealth Rd. | Wayland | MA | 01778 | (508) 653-8174 | 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 | 5/20/82 | Ret. |
| 27 | CANTON | Francey, G. | 324 Flagg St. | Bridgewater | MA | 02324 | (508) 697-9620 | 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 | 10/25/82 | Prov. |
| 28 | CANTON | Cruise, M | 103 So. Pickens St. | Lakeville | MA | 02347 | (508) 946-0330 | 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 | 4/30/84 | Prov |
| 29 | CANTON | Power, K | 16 Carver St. | Watertown | MA | 02472 | (617) 926-5324 | 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 | 11/15/84 | Bil. |
| 30 | CANTON | Fennelly, E. | 160 Washington St., Unit #68 | Plainville | MA | 02762 | (508) 695-3075 | 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 | 2/25/85 | Prov. |
| 31 | CANTON | McGrath, H | 1165 Main St. | Walpole | MA | 02081 | (508) 668-0244 | 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 | 8/26/85 | Prov |
| 32 | CANTON | Bain, S | 28 Poole Cl. | Holbrook | MA | 02343 | (781) 767-6229 | 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 | 3/9/87 | Bil. |
| 33 | CANTON | Holderried, J. | 139 Church St. | Westwood | MA | 02090 | (781) 329-3587 | 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 | 5/8/89 | Bil. |
| 34 | CANTON | Howe, T. | 127 Everett Cl. | Stoughton | MA | 02072 | (781) 344-1904 | 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 | 5/15/89 | Prov. |
| 35 | CANTON | Howe, S. | 53 Bradford St | Stoughton | MA | 02072 | (781) 344-3871 | 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 | 5/31/90 | Prov |
| 36 | CANTON | Berry, S | 367 Pond St | So. Weymouth | MA | 02190 | (781) 335-4217 | 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 | 5/31/90 | Pass |
| 37 | CANTON | Sullivan, C. | 4 Hadley Rd | Norton | MA | 02766 | (508) 285-4918 | 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 | 12/9/91 | Bil. |
| 38 | CANTON | MacDonald, J | 1 Pebble Path | Forestdale | MA | 02644 | (508) 477-5324 | 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 | 12/9/91 | Prov |
| 39 | CANTON | Hulbert, M | 4 First St. | Mansfield | MA | 02048 | (508) 339-8545 | 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 | 12/9/91 | Bil. |
| 40 | CANTON | O'Meara, W. | 75 Chestnut W. | Randolph | MA | 02368 | (781) 986-8686 | 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 | 3/1/93 | Prov. |
| 41 | CANTON | Fontes, M | 755 Washington St. | Walpole | MA | 02081 | (508) 668-5435 | 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 | 9/3/93 | Prov. |
| 42 | CANTON | Pimental, J | 36 Brown St. | Fair Haven | MA | 02719 | (508) 994-5614 | 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 | 9/8/93 | Prov. |
| 43 | CANTON | Friel, P. | 5 Fall Ln | Canton | MA | 02021 | (781) 828-3354 | 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 | 9/9/93 | Prov. |
| 44 | CANTON | Lehan, D. | 4 South St. | Canton | MA | 02021 | (781) 828-6595 | 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 | 9/10/93 | Prov. |
| 45 | CANTON | Houde, G. | 360 Cedar St. | New Bedford | MA | 02740 | (508) 996-6028 | 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 | 9/14/93 | Prov. |
| 46 | CANTON | Roche, J. | 3 Buttercup Ln | Medway | MA | 02053 | (508) 533-7249 | 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 | 9/16/93 | Prov. |
| 47 | CANTON | Stephen, J. | 29 Jessie Ave. | S. Attleboro | MA | 02703 | (508) 761-6979 | 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 | 9/17/93 | Prov. |
| 48 | CANTON | Carvalho, D. | 363 Wareham St. | Middleboro | MA | 02346 | (508) 947- | 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 | 9/18/93 | Pass |

D025

| # | | Name | Address | Town | State | Zip | Phone | SSN | Date | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | CANTON | Carey, P. | 19 Grist Mill Ln. | Pembroke | MA | 02359 | (781) 829-8773 | 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 | 10/27/93 | Prov. |
| 50 | CANTON | Creighton, R. | 42 Brooke Ter. | Weymouth | MA | 02188 | (781) 335-8815 | 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 | 9/1/94 | (Prov |
| 51 | CANTON | Perry, J. | 59 Yellowstone Ave. | Warwick | RI | 02886 | (401) 463-8145 | 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 | 9/10/94 | Prov. |
| 52 | CANTON | Blake, R. | 17 Glenfeld Rd | N Attleboro | MA | 02760 | (508) 643-2239 | 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 | 1/13/95 | Prov. |
| 53 | CANTON | Kearley, M. | 30 Carol St. | Acushnet | MA | 02743 | (508) 763-4960 | 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 | 4/4/95 | Military |
| 54 | CANTON | DeSouza, B. | 80 McCabe St. | S. Dartmouth | MA | 02748 | (508) 763-9680 | 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 | 4/5/95 | Prov. |
| 55 | CANTON | Osmer, J. | 31 Arlington St. Apt. 3 | Nashua | NH | 03060 | (603) 598-2982 | 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 | 7/24/95 | Bil. |
| 56 | CANTON | Dolan, J. | 19 Willowdean Ave. | W. Roxbury | MA | 02132 | (617) 323-2026 | 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 | 7/25/95 | Bil. |
| 57 | CANTON | Pendleton, J. | 1540 Broadway Lot 23 | Raynham | MA | 02767 | (508) 822-7740 | 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 | 7/8/96 | Bil. |
| 58 | CANTON | Gilmore, M. | 24 Keith Ave. | Brockton | MA | 02301 | (508) 588-1327 | 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 | 9/23/96 | Prov. |
| 59 | CANTON | Parquette, D. | 103 Hart St | Taunton | MA | 02780 | (508) 823-7150 | 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 | 9/24/96 | Prov. |
| 60 | CANTON | Spano, J. | 53 W. Chestnut St. | Brockton | MA | 02301 | (508) 559-0189 | 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 | 10/1/96 | Prov. |
| 61 | CANTON | Kelley, Jr., R | 674 Hancock St | Abington | MA | 02351 | (781) 982-9328 | 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 | 3/25/97 | Bil. |
| 62 | CANTON | Johnson, Jr. R. | 186 Wareham St. | Middleboro | MA | 02346 | (508) 946-1129 | 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 | 4/15/97 | Prov. |
| 63 | CANTON | Choiniere, Jr., R | 52 Prospect St. | Attleboro | MA | 02703 | (508) 222-5776 | 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 | 12/30/98 | (Prov. |
| 64 | CANTON | Crawford, H. | 4 W. Belcher Rd. | Foxboro | MA | 02035 | (508) 543-2196 | 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 | 12/31/98 | Ret. |
| 65 | CANTON | Clark, D. | 7 Garden St. | Randolph | MA | 02368 | (781) 963-5737 | 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 | 1/3/99 | Ret |
| 66 | CANTON | White, A. | 95 Harvard St. | Dedham | MA | 02026 | (781) 326-4327 | 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 | 8/26/99 | |
| 67 | CANTON | Kelleher, T. | 239 Winter St. | Brockton | MA | 02402 | (508) 559-5477 | 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 | 9/15/99 | Prov |
| 68 | CANTON | Winquist, P | 21 Dingley Dell Ln | Duxbury | MA | 02332 | (781) 834-5908 | 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 | 9/17/99 | Prov. |
| 69 | CANTON | Gould, D. | 9 Boxberry Ln. | Rochester | MA | 02770 | (508) 763-9521 | 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 | 9/17/99 | Prov. |
| 70 | CANTON | Morris, T. | 24 Lake St. | Rehoboth | MA | 02769 | (508) 336-6919 | 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 | 10/28/99 | Prov. |
| 71 | CANTON | Hamilton, D. | 8 Uncatena Rd | W. Wareham | MA | 02576 | (508) 295-3979 | 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 | 11/9/99 | Prov |

| 72 | CANTON | Kelley, G. | 104 Brentwood Cl. | Plymouth | MA | 02360 | (508) 224-7012 | 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 | 12/22/99 | Bil. |
| 73 | CANTON | Wertz, E. | 137 Lawrence St. | Brockton | MA | 02302 | (508) 588-4847 | 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 | 12/23/99 | Prov. |
| 74 | CANTON | Palm, W. | 89 Lester St. | Brockton | MA | 02301 | (508) 566-6682 | 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 | 11/28/00 | Prov. |
| 75 | CANTON | Zutaut, Jr. B. | 365 Grance Pk. | Bridgewater | MA | 02324 | (508) 284-3796 | 032-54-667 | 12/4/00 | Bil. |

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 JLT

**************************************
CRAIG GOULET,                              *
   Plaintiff                                    *
                                            *
   v.                                           *
                                            *
NEW PENN MOTOR EXPRESS, INC., and  *
TEAMSTERS LOCAL 25,                        *
INTERNATIONAL BROTHERHOOD OF     *
TEAMSTERS,                                   *
   Defendants                                *
**************************************

## <u>NOTICE OF TAKING DEPOSITION</u>

Please take notice that at 10:00 a.m. on Thursday, September 29, 2005, at the office of Scott

A. Lathrop, 122 Old Ayer Road, Groton, Massachusetts, the attorney for the plaintiff in this action

will take the deposition upon oral examination defendant Teamsters Local 25 pursuant to Rule

30(b)(6) before a Notary Public in and for the Commonwealth of Massachusetts, or before some other

officer authorized by law to administer oaths. This deposition will continue from day to day until

completed.

Defendant will be examined on the following matters:

1.      The preparation of the document attached hereto as Exhibit 1 (Dracut Seniority List);

2.      The preparation of the document attached hereto as Exhibit 2 (Canton employee list).

Defendant is further requested to choose one or more of its proper employees, officers,

agents or other persons duly authorized to testify on its behalf.

You are invited to attend and cross-examine.

1

Craig Goulet
By his attorney

*Scott A. Lathrop*

Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated:  September 9, 2005

Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Notice on the defendants by mailing this day a copy to the last known address of their Attorneys of Record.

*Scott A. Lathrop*

Scott A. Lathrop

Dated:  September 9, 2005

2

# EXHIBIT 1

02/20/02  WED 15:54 FAX 2424284          TEAMSTERS                    ☐002

# Dracut Seniority List
## NewPenn Terminal Preferences

| | Number | Name | Seniority Date | Preference 1 | Preference 2 |
|---|---|---|---|---|---|
| 617-443-6904 | 1 | McGonigle, III. | 05/28/1976 | Billerica | |
| 17-667-2122 | 2 | Adams, W. | 05/16/1977 | Billerica | |
| ~~T 75005~~ | 3 | Sullivan, Jr. J. *781 9388639* | 02/21/1979 | Billerica | |
| 508-975-4133 | 4 | Mooney, A. | 05/01/1985 | Billerica | |
| 508-683-3520 | 5 | Johnson, R. | 09/02/1993 | Billerica | |
| 08-988-0160 | 6 | Murray, S. | 10/02/1993 | Billerica | |
| 508-922-4687 | 7 | Martin, D. | 10/23/1993 | Billerica | Springfield |
| 508-975-0417 | 8 | Partridge, G. | 10/24/1993 | Billerica | Springfield |
| 508-468-5625 | 9 | Lorizio, V. | 09/30/1994 | Billerica | ~~Springfield~~ Burlington VT. |
| ~3-679-8497 | 10 | Thibeault, R. | 01/17/1996 | Billerica | |
| 03-382-0620 | 11 | Shepard, G. | 01/30/1996 | Billerica | |
| 03-437-5128 | 12 | Roddy, J. | 02/12/1997 | Billerica | |
| 178-957-7866 | 13 | Jussaume, M. | 02/14/1997 | Billerica | |
| 03-881-7431 | 14 | Guerrette, M. | 02/21/1997 | Compensation Workmens |
| 03-898-1351 | 15 | Johnson, C. | 10/01/1997 | Billerica | Springfield |
| 03-668-0484 | 16 | Comire, H. | 10/07/1997 | Billerica | |
| 08-689-1924 | 17 | Racoppi, R. | 10/14/1997 | Billerica | Springfield |
| 78-663-6794 | 18 | Walukiewicz, S. | 06/01/1998 | Billerica | |
| 03-432-4327 | 19 | Hussey, R. | 10/22/1998 | Billerica | Springfield |
| C3-647-5432 | 20 | Carney, III, R. | 10/23/1998 | Billerica | |
| 78-685-2181 | 21 | Michaud, J. | 10/26/1998 | Billerica | |
| 03-880-8269 | 22 | Babin, M. | 10/30/1998 | Billerica | |
| ~444-6895 | 23 | Boynton, E. | 12/01/1998 | Billerica | Burlington VT. |
| 03-772-5704 | 24 | Small, Jr., C. | 09/08/1999 | Billerica | |
| 3-729-4436 | 25 | Guimond, N. | 10/01/1999 | Billerica | |
| 78-632-3105 | 26 | Vaughan, M. | 10/04/1999 | Billerica | Springfield |
| 03-626-7805 | 27 | Chalifour, P. | 10/06/1999 | Billerica | |
| 78-486-3013 | 28 | Tucker, J. | 10/18/1999 | Billerica | Springfield |
| C3-888-4649 | 29 | Dion, R. | 10/28/1999 | Billerica | |
| #603-537-1541 | 30 | Arsenault, Jr., R. | 08/18/2000 | Billerica | |
| 978-685-4916 | 31 | Morasse, Jr., J. | 12/22/2000 | Billerica | |
| 03-635-2357 | 32 | Levine, J. | 09/18/2001 | Billerica | |

Ex. 1

D018

# EXHIBIT 2

| # | FACILITY NAME | NAME | ADDRESS | CITY | ST | ZIP | TELEPHONE | SS# | SERIAL DATE | PRE/Ret. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CANTON | Proul, R | 58 Spring St | Braintree | MA | 02184 | (781) 848-5305 | 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 | 11/12/68 | Ret. |
| 2 | CANTON | Burill, P. | 6 Grt. Woods Cl. | Norton | MA | 02766 | (508) 285-9452 | 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 | 6/3/70 | Prov. |
| 3 | CANTON | McCaffrey, M. | 29B Shaw St | Braintree | MA | 02184 | (781) 848-9223 | 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 | 10/7/70 | Bil. |
| 4 | CANTON | Heroux | | | | | | | | |
| 5 | CANTON | Mastropietro, R. | 215 Forest Trail | Hanson | MA | 02311 | (781) 447-9455 | 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 | 6/14/73 | Ret |
| 6 | CANTON | Setterland, D. | 72 Paul Rd. | Hanover | MA | 02339 | (781) 871-3525 | 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 | 11/3/73 | Bil. |
| 7 | CANTON | Loud, D. | 560 Bedford St | Abington | MA | 02351 | (781) 871-0416 | 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 | 1/11/74 | Ret. |
| 8 | CANTON | Petit, A | 11 Hinson Rd. | Weymouth | MA | 02188 | (781) 337-3557 | 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 | 3/11/74 | Ret. |
| 9 | CANTON | Petit, R | 115 Highland Ave. | Quincy | MA | 02169 | (617)471-0098 | 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 | 9/15/75 | Bil. |
| 10 | CANTON | Durette, M | 111 Pond St | Swansea | MA | 02777 | (508) 674-7683 | 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 | 9/30/75 | Prov. |
| 11 | CANTON | Hoyt, H. | 23 Garfield St. | Foxboro | MA | 02035 | (508) 543-2978 | 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 | 8/17/76 | Ret. |
| 12 | CANTON | Ellis, R | 1573 Liberty St. | Braintree | MA | 02184 | (781) 843-1549 | 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 | 8/27/76 | Ret. |
| 13 | CANTON | Deramo, M. | 31 Washington St. | Sherborn | MA | 01770 | (508) 652-6086 | 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 | 2/22/77 | Bil. |
| 14 | CANTON | Sullivan, T. | 17 Hillside Dr | Plymouth | MA | 02360 | (508) 224-5584 | 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 | 10/24/77 | Bill |
| 15 | CANTON | Rabideau, R. | P.O. Box 265 | Easton | MA | 02334 | (508) 230-2436 | 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 | 1/4/78 | Prov. |
| 16 | CANTON | Kelley, Jr., W. | 306 Field St. | Brockton | MA | 02403 | (508) 583-0861 | 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 | 3/27/78 | Bil. |
| 17 | CANTON | Monahan, H. | 4 Kathy Ln. | Hanson | MA | 02341 | (781) 826-2751 | 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 | 11/14/78 | Prov. |
| 18 | CANTON | Petit, Jr., E. | 633 King St. | Hanover | MA | 02339 | (781) 871-7648 | 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 | 4/23/79 | Bil. |
| 19 | CANTON | Pickering, G. | 53 Rosalind St | N. Weymouth | MA | 02188 | (781) 337-6278 | 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 | 8/3/81 | Bil. |
| 20 | CANTON | Tisbert, B | 17 Marsh Ave. | Salem | NH | 03079 | (603) 890-6183 | 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 | 5/17/83 | Bil. |
| 21 | CANTON | Damiano, J | 22 Bixby Dr | E Bridgewater | MA | 02333 | (508) 378-3792 | 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 | 7/20/83 | Prov. |
| 22 | CANTON | Gwynn, N. | 283 Central St | E. Bridgewater | MA | 02333 | (508) 378-0466 | 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 | 5/14/84 | Prov. |
| 23 | CANTON | Cardoza, P | 804 Maple St. | Mansfield | MA | 02048 | (508)339-5134 | 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 | 9/24/84 | Prov. |
| 24 | CANTON | Bouffard, R. | 20 E Nilsson St | Brockton | MA | 02301 | (508) 588-6540 | 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 | 9/30/85 | Bil. |

CHANGE

EXHIBIT

Ex 2
D024

| # | | Name | Address | City | State | ZIP | Phone | ID | Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | CANTON | Coull, D | 230 State Rd. | Plymouth | MA | 02360 | (508) 888-6964 | 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 | 4/6/73 | Ret. |
| 26 | CANTON | McGee, R. | 437 Commonwealth Rd. | Wayland | MA | 01778 | (508) 653-8174 | 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 | 5/20/82 | Ret. |
| 27 | CANTON | Francey, G. | 324 Flagg St. | Bridgewater | MA | 02324 | (508) 697-9620 | 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 | 10/25/82 | Prov. |
| 28 | CANTON | Cruise, M. | 103 So. Pickens St. | Lakeville | MA | 02347 | (508) 946-0330 | 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 | 4/30/84 | Prov |
| 29 | CANTON | Power, K. | 16 Carver St. | Watertown | MA | 02472 | (617) 926-5324 | 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 | 11/15/84 | Bil. |
| 30 | CANTON | Fennelly, E. | 160 Washington St., Unit #68 | Plainville | MA | 02762 | (508) 695-3075 | 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 | 2/25/85 | Prov |
| 31 | CANTON | McGrath, H | 1165 Main St. | Walpole | MA | 02081 | (508) 668-0244 | 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 | 8/26/85 | Prov |
| 32 | CANTON | Bain, S | 28 Poole Cl. | Holbrook | MA | 02343 | (781) 767-6229 | 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 | 3/9/87 | Bil |
| 33 | CANTON | Holderried, J. | 139 Church St. | Westwood | MA | 02090 | (781) 329-3587 | 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 | 5/8/89 | Bil |
| 34 | CANTON | Howe, T. | 127 Everett Cl. | Stoughton | MA | 02072 | (781) 344-1904 | 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 | 5/15/89 | Prov. |
| 35 | CANTON | Howe, S. | 53 Bradford St. | Stoughton | MA | 02072 | (781) 344-3871 | 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 | 5/31/90 | Prov. |
| 36 | CANTON | Berry, S | 367 Pond St. | So. Weymouth | MA | 02190 | (781) 335-4217 | 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 | 5/31/90 | Pass |
| 37 | CANTON | Sullivan, C. | 4 Hadley Rd | Norton | MA | 02766 | (508) 285-4918 | 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 | 12/9/91 | Bil. |
| 38 | CANTON | MacDonald, J. | 1 Pebble Path | Forestdale | MA | 02644 | (508) 477-5324 | 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 | 12/9/91 | Prov |
| 39 | CANTON | Hulbert, M | 4 First St. | Mansfield | MA | 02048 | (508) 339-8545 | 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 | 12/9/91 | Bil |
| 40 | CANTON | O'Meara, W. | 75 Chestnut W. | Randolph | MA | 02368 | (781) 986-8686 | 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 | 3/1/93 | Prov. |
| 41 | CANTON | Fontes, M | 755 Washington St. | Walpole | MA | 02081 | (508) 668-5435 | 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 | 9/3/93 | Prov. |
| 42 | CANTON | Pimental, J | 36 Brown St. | Fair Haven | MA | 02719 | (508) 994-5614 | 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 | 9/8/93 | Prov. |
| 43 | CANTON | Friel, P | 5 Fall Ln. | Canton | MA | 02021 | (781) 828-3354 | 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 | 9/9/93 | Prov. |
| 44 | CANTON | Lehan, D. | 4 South St. | Canton | MA | 02021 | (781) 828-6595 | 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 | 9/10/93 | Prov. |
| 45 | CANTON | Houde, G. | 360 Cedar St. | New Bedford | MA | 02740 | (508) 996-6028 | 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 | 9/14/93 | Prov. |
| 46 | CANTON | Roche, J | 3 Buttercup Ln. | Medway | MA | 02053 | (508) 533-7249 | 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 | 9/16/93 | Prov. |
| 47 | CANTON | Stephen, J | 29 Jessie Ave. | S. Attleboro | MA | 02703 | (508) 761-6979 | 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 | 9/17/93 | Prov. |
| 48 | CANTON | Carvalho, D. | 363 Wareham St. | Middleboro | MA | 02346 | (508) 947- | 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 | 9/18/93 | Pass |

| # | | Name | Address | City | State | Zip | | Phone | ID | Date | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | CANTON | Carey, P. | 19 Grist Mill Ln. | Pembroke | MA | 02359 | 6163 | (781) 829-8773 | 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 | 10/27/93 | Prov. |
| 50 | CANTON | Creighton, R. | 42 Brooke Ter. | Weymouth | MA | 02188 | | (781) 335-8815 | 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 | 9/1/94 | (Prov. |
| 51 | CANTON | Perry, J. | 59 Yellowstone Ave. | Warwick | RI | 02886 | | (401) 463-8145 | 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 | 9/10/94 | Prov. |
| 52 | CANTON | Blake, R. | 17 Glenfeld Rd | N Attleboro | MA | 02760 | | (508) 643-2239 | 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 | 1/13/95 | Prov. |
| 53 | CANTON | Kearley, M. | 30 Carol St. | Acushnet | MA | 02743 | | (508) 763-4960 | 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 | 4/4/95 | Military |
| 54 | CANTON | DeSouza, B. | 80 McCabe St | S. Dartmouth | MA | 02748 | | (508) 763-9680 | 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 | 4/5/95 | Prov. |
| 55 | CANTON | Osmer, J. | 31 Arlington St. Apt. 3 | Nashua | NH | 03060 | | (603) 598-2982 | 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 | 7/24/95 | Bil. |
| 56 | CANTON | Dolan, J. | 19 Willowdean Ave. | W. Roxbury | MA | 02132 | | (617) 323-2026 | 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 | 7/25/95 | Bil. |
| 57 | CANTON | Pendleton, J. | 1540 Broadway Lot 23 | Raynham | MA | 02767 | | (508) 822-7740 | 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 | 7/8/96 | Bil. |
| 58 | CANTON | Gilmore, M. | 24 Keith Ave. | Brockton | MA | 02301 | | (508) 588-1327 | 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 | 9/23/96 | Prov. |
| 59 | CANTON | Parquette, D. | 103 Hart St | Taunton | MA | 02780 | | (508) 823-7150 | 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 | 9/24/96 | Prov. |
| 60 | CANTON | Spano, J. | 53 W. Chestnut St. | Brockton | MA | 02301 | | (508) 559-0189 | 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 | 10/1/96 | Prov. |
| 61 | CANTON | Kelley, Jr., R | 674 Hancock St | Abington | MA | 02351 | | (781) 982-9328 | 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 | 3/25/97 | Bil. |
| 62 | CANTON | Johnson, Jr. R. | 186 Wareham St. | Middleboro | MA | 02346 | | (508) 946-1129 | 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 | 4/15/97 | Prov. |
| 63 | CANTON | Choiniere, Jr., R | 52 Prospect St. | Attleboro | MA | 02703 | | (508) 222-5776 | 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 | 12/30/98 | (Prov |
| 64 | CANTON | Crawford, H. | 4 W. Belcher Rd. | Foxboro | MA | 02035 | | (508) 543-2196 | 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 | 12/31/98 | Ret. |
| 65 | CANTON | Clark, D. | 7 Garden St | Randolph | MA | 02368 | | (781) 963-5737 | 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 | 1/3/99 | Ret. |
| 66 | CANTON | White, A. | 95 Harvard St. | Dedham | MA | 02026 | | (781) 326-4327 | 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 | 8/26/99 | |
| 67 | CANTON | Kelleher, T. | 239 Winter St. | Brockton | MA | 02402 | | (508) 559-5477 | 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 | 9/15/99 | Prov. |
| 68 | CANTON | Winquist, P | 21 Dingley Dell Ln. | Duxbury | MA | 02332 | | (781) 834-5908 | 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 | 9/17/99 | Prov. |
| 69 | CANTON | Gould, D. | 9 Boxberry Ln. | Rochester | MA | 02770 | | (508) 763-9521 | 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 | 9/17/99 | Prov. |
| 70 | CANTON | Morris, T. | 24 Lake St. | Rehoboth | MA | 02769 | | (508) 336-6919 | 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 | 10/28/99 | Prov. |
| 71 | CANTON | Hamilton, D. | 8 Uncatena Rd. | W. Wareham | MA | 02576 | | (508) 295-3979 | 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 | 11/9/99 | Prov. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 72 | CANTON | Kelley, G. | 104 Brentwood Cl. | Plymouth | MA | 02360 | (508) 224-7012 | 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 | 12/22/99 | Bil |
| 73 | CANTON | Wertz, E. | 137 Lawrence St. | Brockton | MA | 02302 | (508) 588-4847 | 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 | 12/23/99 | Prov. |
| 74 | CANTON | Palm, W. | 89 Lester St. | Brockton | MA | 02301 | (508) 586-6682 | 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 | 11/28/00 | Prov. |
| 75 | CANTON | Zutaut, Jr. B. | 365 Grance Pk. | Bridgewater | MA | 02324 | (508) 284-3796 | 032-54-667 | 12/4/00 | Bil. |

D027

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| **CRAIG GOULET** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **NEW PENN MOTOR EXPRESS** | ) |
| **Defendant** | ) |
| | ) |
| **and** | ) |
| | ) |
| **TEAMSTERS LOCAL 25** | ) |
| **INTERNATIONAL BROTHERHOOD OF** | ) |
| **TEAMSTERS** | ) |
| | ) |
| | )     **CIVIL ACTION** |
| **Defendant,** | )     **NO. 04-12577-JLT** |

_____

## CERTIFICATION PURSUANT TO RULE 26(c)

Pursuant to the requirements of F.R.Civ.P. 26(c), the Defendant, Teamsters Local 25 hereby certifies that it conferred in good faith with other affected parties to resolve the dispute without court action.

Respectfully submitted,
Defendant,
**International Brotherhood of Teamsters, Local 25**
By its attorneys,


/s/ Kathleen A. Pennini_____
Matthew E. Dwyer
BBO# 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA  02108
617-723-9777

Date: October 7, 2005

f:\l25\goulet\pldg\certification.consultation.rule26.doc:blg