UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG GOULET )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>NEW PENN MOTOR EXPRESS )<br>　　　Defendant )<br>)<br>and )<br>)<br>TEAMSTERS LOCAL 25 )<br>INTERNATIONAL BROTHERHOOD OF )<br>TEAMSTERS )<br>)<br>　　　　Defendant, )<br>_____) | CIVIL ACTION<br>NO. 04-12577-JLT |

## CERTIFICATION PURSUANT TO RULE 26(c)

Pursuant to the requirements of F.R.Civ.P. 26(c), the Defendant, Teamsters Local 25 hereby certifies that it conferred in good faith with other affected parties to resolve the dispute without court action.

							Respectfully submitted,
							Defendant,
							**International Brotherhood of**
							**Teamsters, Local 25**
							By its attorneys,


							/s/ Kathleen A. Pennini____
							Matthew E. Dwyer
							BBO# 139840
							Kathleen A. Pennini
							B.B.O. # 654573
							Dwyer, Duddy and Facklam
							Attorneys at Law, P.C.
							Two Center Plaza, Suite 430
							Boston, MA  02108
							617-723-9777

Date: October 7, 2005

f:\l25\goulet\pldg\certification.consultation.rule26.doc:blg