UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 JLT

```
*****************************************
CRAIG GOULET,                          *
     Plaintiff                         *
                                       *
     v.                                *
                                       *
NEW PENN MOTOR EXPRESS, INC., and      *
TEAMSTERS LOCAL 25,                    *
INTERNATIONAL BROTHERHOOD OF           *
TEAMSTERS,                             *
     Defendants                        *
*****************************************
```

## PLAINTIFF'S OPPOSITION TO DEFENDANT TEAMSTERS LOCAL 25'S MOTION FOR PROTECTIVE ORDER

Plaintiff Craig Goulet hereby opposes the Motion for Protective Order filed by defendant Teamsters Local 25. The basis for this Opposition is as follows:

Background

1. This is an action under 29 U.S.C. §185 against a labor organization for breach of its duty of fair representation and against an employer for breach of a labor agreement.

2. Plaintiff Craig Goulet is a member of defendant Teamsters Local 25. He was an employee of a trucking company called A.P.A. Transport Corporation when it ceased operations. (Complaint, ¶ 5 - 6, 10-11)

3. In February, 2002, defendant New Penn Motor Express negotiated an agreement with Teamsters Local 25 whereby all employees with seniority at A.P.A. Transport Corporation had

1

the right to be put on a New Penn Motor Express call list within the area where they were then employed. (Comp. , ¶ 12)

4.  Despite being on A.P.A. Transport Corporation's seniority list, New Penn Motor Express never put Goulet on its call list.  (Comp., ¶ 14)

5.  On April 7, 2003, Goulet filed a grievance with Teamsters Local 25 against New Penn Motor Express.  However, on July 28, 2004, the Eastern Region Joint Area Committee rendered a decision in favor of New Penn Motor Express on the basis that Teamsters Local 25 had not docketed the case within thirty (30) days as required.  This lawsuit then ensued.  (Comp., ¶ 15 -16)

Matters Currently In Dispute

6.  During discovery Teamsters Local 25 produced an A.P.A. Transport Seniority List for Canton (Massachusetts) dated November, 2001.  This Seniority List includes Goulet as No. 22. (Exhibit 1 attached hereto)

7.  During discovery New Penn Motor Express produced two documents of interest:

a.  The first document was a six page fax sent from Teamsters Local 25 to New Penn Motor Express on February 20, 2002.  This fax included the A.P.A. Transport Seniority List for Dracut (Massachusetts) and Canton (Massachusetts) with regard to the A.P.A. employees' New Penn terminal preferences.  Strangely neither Seniority List for Teamsters Local 25 included Goulet. (Ex. 2)

b.  The second document is another Seniority List for Canton (Massachusetts) from Teamsters Local 25.  It also failed to include Goulet. (Ex. 3)

c.  On September 8, 2005, Goulet took the deposition of William Carnes, a former

Teamsters Local 25 official who had responsibility for New Penn Motor Express. He did not know who had prepared the Canton seniority list that failed to include Goulet. (Ex. 4)

d.    On October 12, 2005, Goulet took the deposition of Mark Harrington, the former Teamsters Local 25 Business Agent who had responsibility for A.P.A. Transport. He testified that someone at the Teamsters Local 25 office prepared the six page fax sent from Teamsters Local 25 to New Penn Motor Express on February 20, 2002, (which lists failed to include Goulet), but he did not know who had prepared these documents. (Transcript not yet prepared)

8.    Given the production of these documents which fail to list Goulet as they should, Goulet is now seeking to determine precisely who within Teamsters Local 25 deleted his name from the Seniority Lists which it forwarded the Lists to New Penn Motor Express and the reasons why. Hence, on September 9, 2005, (the day after he deposed Carnes) Goulet served Teamsters Local 25 with two discovery requests.

a.    On that date Goulet served Teamsters Local 25 with his Second Set of Interrogatories. This Set included Interrogatory No. 26, which inquired about the creation of the Dracut Seniority List, and Interrogatory No. 27, which inquired abut the creation of the Canton Seniority List. (Ex. 5)

b.    On that same date Goulet served Teamsters Local 25 with a Rule 30(b)(6) Notice of Taking Deposition, again with regard to the preparation of the Dracut Seniority List and the Canton Seniority List. (Ex. 6)

9.    On October 7, 2005, Teamsters Local 25 filed its Motion for a Protective Order, seeking to avoid having either to answer the two interrogatory questions inquiring about its creation of

the two seniority lists which did not have Goulet's name on them or to produce a Rule 30(b)(6) witness to answer questions about its creation of the two seniority lists.  Teamsters Local 25 argues that the discovery requests are outside the scope of the Court's Order of April 19, 2005, and that the two additional interrogatories (nos. 26 and 27) exceed the number of interrogatories allowed by Rule 33(a).  For the following reasons, this Motion should be denied.

<u>Argument</u>

10.    The Rule 30(b)(6) deposition is within the scope of the Court's discovery Order of April 19, 2005.  In that Order the Court indicated that the parties may depose 10 named individuals, including Mark Harrington and William Carnes.  As it occurs, the parties have deposed only four of the named individuals.  And as stated above, both Harrington and Carnes have testified that they did not know who within Teamsters Local 25 created these critical (and incriminating) documents.  Therefore the Rule 30(b)(6) deposition is not over and above any number of depositions that the Court has already allowed.  And the Rule 30(b)(6) deposition is critical because Harrington and Carnes (two persons designated in Teamsters Local 25's Automatic Disclosures in March, 2005) claim not to know who created these documents.

11.    If the Court nevertheless were to deem this fifth deposition to be over and above that allowed by its prior Order, plaintiff hereby requests leave of this Court to take this brief deposition.  A Rule 30(b)(6) deposition on the topic of the creation of these two seniority lists is critical.  Based upon current discovery it is plaintiff's belief that Teamsters Local 25 in bad faith left his name off of the seniority lists forwarded to New Penn Motor Express and thereby violated its duty of fair representation.  Goulet needs to be able to engage in further discovery to affirm

4

this.

12.    Similarly, plaintiff's Second Set of Interrogatories is not beyond the scope of the Court's prior Order. In fact, in its Motion Teamsters Local 25 does not even attempt to argue in what way plaintiff's Second Set of Interrogatories supposedly is beyond the scope of the Court's prior Order. In the Order the Court stated that "Plaintiff may serve the interrogatories discussed in open court." The interrogatories in plaintiff's Second Set of Interrogatories are exactly the kind of interrogatories discussed in open court. In requesting permission of the Court to serve interrogatories, plaintiff specifically requested permission to serve interrogatories that are best served to an organization in order to obtain information that individuals might not have, which is clearly the case here.

13.    As to the claim that Interrogatory Nos. 26 and 27 are beyond the number of interrogatories permitted by Rule 33(a), the Court should be apprised that this issue was never previously raised by Teamsters Local 25. In the discussions between the parties prior to Teamsters Local 25 filing its Motion for Protective Order, Teamsters Local 25 only argued that the two interrogatories were not within the scope of this Court's April 19, 2005. (Ex. 7) Therefore Teamsters Local 25, by not first discussing this matter with plaintiff, has waived this objection.

14.    If the Court nevertheless were to deem Interrogatory Nos. 26 and 27 beyond the number of interrogatories permitted by Rule 33(a), plaintiff hereby requests leave of this Court to take serve these interrogatories. As stated, based upon current discovery it is plaintiff's belief that Teamsters Local 25 in bad faith left his name off of the seniority lists forwarded to New Penn Motor Express, and Goulet needs to be able to engage in further discovery to affirm this.


**WHEREFORE** Teamsters Local 25's Motion for Protective Order should be denied.

5

Craig Goulet

By his attorney

*Scott A. Lathrop*

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated:  October 14, 2005

<u>Certificate of Service</u>

I, Scott A. Lathrop, hereby certify that I have served the foregoing Opposition on the defendants by mailing this day a copy to the last known address of their Attorneys of Record.

*Scott A. Lathrop*

_____
Scott A. Lathrop

Dated:  October 14, 2005

## CANTON SENIORITY LIST

### LOCAL UNION 25    NOVEMBER 2001

| | | |
|---|---|---|
| 1 | Prout, R. | 11/12/68 |
| 2 | Burrill, P. | 06/30/70 |
| 3 | McCaffrey, M. | 10/07/70 |
| 4 | Mastropietro, R. | 06/14/73 |
| 5 | Setterland, D. | 11/05/73 |
| 6 | Loud, D. | 01/11/74 |
| 7 | Petit, A. | 03/11/74 |
| 8 | Petit, R. | 09/15/75 |
| 9 | Durette, M. | 09/30/75 |
| 10 | Hoyt, H. | 08/17/76 |
| 11 | Pitts, R. | 08/27/76 |
| 12 | D'Eramo, M. | 02/22/77 |
| 13 | Sullivan, T. | 10/24/77 |
| 14 | Rabideau, R. | 01/04/78 |
| 15 | Kelley, Jr., W. | 03/22/78 |
| 16 | Monahan, H. | 11/14/78 |
| 17 | Petit, Jr., E. | 04/23/79 |
| 18 | Pickering, G. | 08/03/81 |
| 19 | Tisbert, B. | 05/17/83 |
| 20 | Damiano, J. | 07/20/83 |
| 21 | Gwynn, N. | 05/14/84 |
| 22 | Goulet, C. | 06/28/84 |
| 23 | Cardoza, P. | 09/24/84 |
| 24 | Bouffard, R. | 09/30/85 |
| 25 | Coull, D. | 04/06/73 |
| 26 | McGee, R. | 05/20/82 |
| 27 | Francey, G. | 10/25/82 |
| 28 | Cruise, M. | 04/30/84 |
| 29 | Power, K. | 11/15/84 |
| 30 | Fennelly, E. | 02/25/85 |
| 31 | McGrath, H. | 08/28/85 |
| 32 | Bain, S. | 03/09/87 |
| 33 | Holderried, J. | 05/08/89 |
| 34 | Howe, T. | 05/15/89 |
| 35 | Howe, S. | 05/31/90 |
| 36 | Berry, S. | 05/31/90 |
| 37 | Sullivan, C. | 12/09/91 |
| 38 | MacDonald, J. | 12/09/91 |
| 39 | Hulbert, M | 12/09/91 |
| 40 | O'Meara, W. | 03/01/93 |

*Ex . 1*

02/22/02  FRI 15:28 FAX 7172338023          TEAMSTERS 778                    ☎001
   02/22/2002  15:18   2826248722           IBT NAT FRT DIV          PAGE  01



*Teamsters Local 25*

*International Brotherhood of Teamsters*

544 MAIN STREET • BOSTON, MASSACHUSETTS 02129-1113 - 617-241-8825 - Fax 617-242-4284
www.teamsterslocal25.com

**GEORGE W. CASHMAN**
President / Principal Officer

**RITCHIE E. REARDON**
Secretary-Treasurer

**WILLIAM H. CAJNES**
Vice President / Business Agent

**JOHN A. MURPHY**
Recording Secretary/Business Agent

**MARK A. HARRINGTON**
Trustee/Business Agent

**LOU DICIAMPAOLO**
Trustee/Director of Organizing/
Field Representative

**ERNEST C. SHEEHAN JR.**
Trustee/Business Agent

**VINCENT J. PISACRETA**
Business Agent

**ARTHUR J. LAZAZZERO**
Business Agent

# FAX COVER SHEET

DATE: 2-22-02    TIME: 2:10

TO: _____    FAX #: 202-624-8722

FROM: George W. Cal_____

NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF THERE IS ANY PROBLEM WITH THIS FAX TRANSMITTAL PLEASE
CALL _____

MESSAGE:
Per request of Eastern Region Frt Dept
Attached please find seniority list (conference
list) with the most up to date information
we have at the present time.
Any question please call.

Note: The information contained in this transmittal is privileged and
confidential. If the reader of this transmittal is not the intended
recipient or the employee or agent responsible for delivering it to the
intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify us
immediately by telephone, and return the original to us.

We will only accept deliveries from Union carriers! All other deliveries will be refused!

*Ex. 2*

D017

# Dracut Seniority List
### New/Penn Terminal Preferences

| | Number | Name | Seniority Date | Preference 1 | Preference 2 |
|---|---|---|---|---|---|
| 17-443-69 | 04 1 | McGonigle, III, . | 05/28/1976 | Billerica | |
| 17-667-2122 | 2 | Adams, W. | 05/16/1977 | Billerica | |
| 77-30063 | 3 | Sullivan, Jr. J. 781 9388639 | 02/21/1979 | Billerica | |
| 508-975-41 | 33 4 | Mooney, A. | 05/01/1985 | Billerica | |
| 508-683-35 | 20 5 | Johnson, R. | 09/02/1993 | Billerica | |
| 08-988-01 | 60 6 | Murray, S. | 10/02/1993 | Billerica | |
| 508-922-40 | 487 7 | Martin, D. | 10/23/1993 | Billerica | Springfield |
| 508-975-04 | 17 8 | Partridge, G. | 10/24/1993 | Billerica | Springfield |
| 508-468-5 | 6259 9 | Lorizio, V. | 09/30/1994 | Billerica | Burlington Vt. |
| 03-679-84 | 97 10 | Thibeault, R. | 01/17/1996 | Billerica | |
| 03-382-06 | 20 11 | Shepard, G. | 01/30/1996 | Billerica | |
| 03-437-51 | 28 12 | Roddy, J. | 02/12/1997 | Billerica | |
| 78-957-786 | 6 13 | Jussaume, M. | 02/14/1997 | Billerica | |
| 03-881-74 | 31 14 | Guerrette, M. | 02/21/1997 | Compensation. Workmens |
| 03-898-135 | 1 15 | Johnson, C. | 10/01/1997 | Billerica | Springfield |
| 03-668-04 | 84 16 | Comire, H. | 10/07/1997 | Billerica | |
| 08-689-19 | 24 17 | Racoppi, R. | 10/14/1997 | Billerica | Springfield |
| 78-663-67 | 94 18 | Walukiewicz, S. | 05/01/1998 | Billerica | |
| 03-432-43 | 27 19 | Hussey, R. | 10/22/1998 | Billerica | Springfield |
| 03-647-54 | 32 20 | Carney, III, R. | 10/23/1998 | Billerica | |
| 78-685-2181 | 1 21 | Michaud, J. | 10/26/1998 | Billerica | |
| 03-880-826 | 9 22 | Babin, M. | 10/30/1998 | Billerica | |
| 03-444-18 | 95 23 | Boynton, E. | 12/01/1998 | Billerica | Burlington VT. |
| 03-772-57 | 04 24 | Small, Jr., C. | 09/08/1999 | Billerica | |
| 03-429-44 | 36 25 | Guimond, N. | 10/01/1999 | Billerica | |
| 78-632-31 | 05 26 | Vaughan, M. | 10/04/1999 | Billerica | Springfield |
| 03-626-78 | 65 27 | Chalifour, P. | 10/06/1999 | Billerica | |
| 78-486-30 | 13 28 | Tucker, J. | 10/19/1999 | Billerica | Springfield |
| 03-888-46 | 49 29 | Dion, R. | 10/26/1999 | Billerica | |
| #603-537-15 | 41 30 | Arsenault, Jr., R. | 08/18/2000 | Billerica | |
| 278-685-49 | 16 31 | Morasse, Jr., J. | 12/22/2000 | Billerica | |
| 03-635-2357 | 32 | Levine, J. | 09/18/2001 | Billerica | |

02/22/02  FRI 15:27 FAX 7172336023     TEAMSTERS 776                    ☒003
  02/22/2002  15:10   2026248722        IBT NAT FRT DIV          PAGE  03

A.A.A.

DRACUT, MASSACHUSETTS.

| | NAME | ADDRESS | CITY | ST. | ZIP | TELEPHONE | SOCIAL | SEN. DATE | PREF. 1 | PREF. 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | MacGonagle, III | 3 Marilyn Road | Billerica | MA | 01821 | 978-663-6290 | 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 | 2/22/1979 | Billerica | |
| 2. | Adams, W. | 11 Charles Anne Lane | Billerica | MA | 01821 | 978-667-2122 | 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 | 5/28/1976 | Billerica | |
| 3. | Sullivan, Jr. J | 29 Harold Avenue | Woburn | MA | 01801 | 781-931-4277 | 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 | 2/21/1979 | Billerica | |
| 4. | Mooney, A. | 2A Salem Street | Lawrence | MA | 01843 | 978-258-0112 | 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 | 5/21/1985 | Billerica | |
| 5. | Johnson, R. | 390 Anna Street | Lawrence | MA | 01841 | 508-587-1936 | 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 | 9/02/1993 | Billerica | |
| 6. | Murray, S. | 6 Cambridge Avenue | Wilmington | MA | 01887 | 978-988-0160 | 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 | 10/02/1993 | Billerica | |
| 7. | Martin, D. | 8 Riverview Street | Beverly | MA | 01905 | 508-744-0588 | 03-54-9442 | 10/21/1993 | Billerica | |
| 8. | Partridge, G. | 36 Amherst Street | Lawrence | MA | 01843 | 508-688-6728 | 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 | 10/24/1993 | Springfield | |
| 9. | Lorkon, V. | 671 Lincoln Avenue | Hamilton | MA | 01902 | 508-468-5623 | 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 | 9/20/1994 | Springfield | |
| 10. | Thibeault, R. | 20 Lytord Lane | Brentwood | MA | 03833 | 603-679-2760 | 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 | 1/17/1996 | Bert\VT | |
| 11. | Shepard, G. | PO Box 239 | E. Hampstead | NH | 03826 | 603-329-1170 | 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 | 1/30/1996 | Billerica | |
| 12. | Roche, J. | PO Box 116 | Hampstead | NH | 03841 | 603-437-5128 | 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 | 2/12/1997 | Billerica | |
| 13. | Jusenumba, M. | 126 Wimbledon Xing | Dracut | MA | 01826 | 508-957-7866 | 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 | 2/14/1997 | Billerica | |
| 14. | Caporetto, M. | 44 Riverside Avenue | Hudson | NH | 03051 | 603-930-8165 | 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 | 2/21/1997 | Workman | Comp. |
| 15. | Johnson, C. | 22 Baldwin Street | Salem | NH | 03079 | 603-898-1351 | 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 | 10/01/1997 | Billerica | Springfield |
| 16. | Comire, H. | 344 Woodcrest Court | Manchester | NH | 03103 | 603-568-0484 | 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 | 10/07/1997 | Billerica | |
| 17. | Racioppi, R. | 90 Pelham Street | Methuen | MA | 01844 | 978-689-1924 | 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 | 10/07/1997 | Billerica | |
| 18. | Walkiewicz, S. | 6 Eastview Avenue | Billerica | MA | 01821 | 978-663-4794 | 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 | 10/14/1997 | Billerica | Springfield |
| 19. | Flamey, R. | 29 Linwood Drive | Alban | NH | 03809 | 603-561-9169 | 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 | 6/01/1998 | Billerica | |
| 20. | Casey, III, R. | 16 Woodridge Drive | Allenstown | NH | 03275 | 603-210-1432 | 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 | 10/22/1998 | Billerica | Springfield |
| 21. | Mirhaud, J. | 117 Pleasant Valley Street | Methuen | MA | 01844 | 971-685-2181 | 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 | 10/26/1998 | Billerica | |
| 22. | Pablo, M. | 1 Hillside Drive | Hudson | NH | 03051 | 603-880-8269 | 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 | 10/30/1998 | Billerica | |
| 23. | Boynton, E. | 19 Tuck Lane | Littleton | NH | 03561 | 603-444-6855 | 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 | 12/01/1998 | Billerica | Burlington, VT |
| 24. | Stauk, Jr. C | 6 Powder Mill Road | Barker | NH | 03833 | 603-772-5704 | 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 | 9/08/1999 | Billerica | |
| 25. | Ozimond, N. | 41 Cota Road | Merrimack | NH | 03054 | 603-429-4436 | 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 | 9/08/1999 | Billerica | |
| 26. | Vaughn, M. | 171 Ohio River Road | Gardner | MA | 01440 | 978-632-3105 | 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 | 10/04/1999 | Billerica | |
| 27. | Challiour, P. | 107 Leda Avenue | Manchester | NH | 03103 | 603-668-0484 | 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 | 10/05/1999 | Springfield | |

| 28 | Tuohey, J. | 69 Taylor Street | Littleton | MA | 01460 | 978-486-3013 | 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 | 10/18/1999 | Billerica  Springfield |
| 29 | Dion, R. | 6 Edward's Avenue | Nashua | NH | 03060 | 603-889-4669 | 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 | 10/28/1999 | Billerica |
| 30 | Arsenault, Jr., R | 63 Scobie Pond Road | Derry | NH | 03038 | 603-537-1541 | 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 | 8/1/2000 | Billerica |
| 31 | Morasse, Jr., J | 29 Salem Street | Lawrence | MA | 01843 | 978-258-0112 | 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 | 12/22/2000 | Billerica |
| 32 | Levins, J. | 20 Litchfield Circle | Pelham | NH | 03076 | 603-635-2357 | 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 | 9/18/2001 | Billerica |

D020

Ø005
'02/22/02  FRI 15:28 FAX 7172338023        TEAMSTERS 776
02/22/2002  15:18    2826249722            IBT NAT FRT DIV        PAGE  05

| # | Name | Address | City | State | Zip | Phone | Status |
|---|------|---------|------|-------|-----|-------|--------|
| 1 | Prout, D. | 68 Spring St. | Braintree | MA | | | Rel. |
| 2 | Burrill, P. | 8 Gd. Wood Cl. | Norton | MA | 02768 | (506) 285-9452 | Prov. |
| 3 | McCaffrey, M. | 281 Shaw St. | Braintree | MA | 02184 | (781) 848-8225 | BR. |
| 4 | Haroux | | | | | | |
| 5 | Hanberger, R. | 315 Forest Trail | Hanson | MA | 02311 | (781) 447-9455 | Rel. |
| 6 | Setterberg, D. | 72 Paul Rd. | Hanover | MA | 02339 | (781) 871-3625 | BR. |
| 7 | Land, D. | 640 Bedford St. | Abington | MA | 02061 | (781) 874-0446 | Rel. |
| 8 | Petti, A. | 41 Hixson Rd. | Weymouth | MA | 02188 | (781) 337-3357 | Rel. |
| 9 | Petti, A. | 116 Highland Ave. | Quincy | MA | 02169 | (781) 471-0088 | Bill |
| 10 | Durate, M. | 111 Pond St. | Swansea | MA | 02777 | (508) 674-7603 | Bill |
| 11 | Hoy, H. | 29 Garfield St. | Foxboro | MA | 02035 | (508) 543-2878 | Rel. |
| 12 | Silva | 1571 Liberty St. | Braintree | MA | 02184 | (781) 843-1549 | Rel. |
| 13 | Deramo, M. | 31 Washington St. | Sherborn | MA | 01770 | (508) 652-6398 | Bill |
| 14 | Sullivan, T. | 17 Hillside Dr. | Plymouth | MA | 02360 | (508) 224-5584 | Prov. |
| 15 | Kelley, R. | P.O. Box 765 | Easton | MA | 02334 | (508) 230-2436 | Prov. |
| 16 | Kelley, M. W. | 305 Field St. | Brockton | MA | 02403 | (508) 583-0981 | Bill |
| 17 | Monahan, H. | 4 Kelley Ln. | Hanson | MA | 02341 | (781) 826-2751 | Prov. |
| 18 | Petti, J. E. | 833 King St. | Hanover | MA | 02339 | (781) 871-7648 | Bill |
| 19 | Pickering, G. | 53 Rosalind St. | N. Weymouth | MA | 02191 | (781) 337-6278 | Bill |
| 20 | Talbert, B. | 17 Marsh Ave. | Salem | NH | 03079 | (603) 890-9183 | Bill |
| 21 | Damiano, J. | 22 Body Dr. | E Bridgewater | MA | 02333 | (508) 378-3792 | Prov. |
| 22 | Guyan, N. | 281 Central St. | E. Bridgewater | MA | 02333 | (508) 378-0498 | Prov. |
| 23 | Cardoza, P. | 804 Maple St. | Mansfield | MA | 02048 | (508) 339-5134 | Prov. |
| 24 | Bradford, R. | 2D E. Nilsson St. | Brockton | MA | 02301 | (508) 580-8640 | Prov. |
| 25 | Coll, D. | 220 Bank Rd. | Plymouth | MA | 02360 | (508) 462-4174 | Rel. |
| 26 | McGee, R. | 817 Commonwealth Rd. | Wayland | MA | 01778 | (508) 463-4174 | Rel. |
| 27 | Finnney, G. | 324 Flagg St. | Bridgewater | MA | 02324 | (508) 697-9620 | Prov. |
| 28 | Crisce, M. | 103 So. Pickens St. | Lakeville | MA | 02347 | (508) 946-0350 | Prov. |
| 29 | Power, K. | 16 Carver Rd. | Watertown | MA | 02472 | (617) 926-4324 | Bill |
| 30 | Fennelly, E. | 160 Washington St., Unit 106 | Pearlville | MA | 02762 | (508) 695-3075 | Prov. |
| 31 | McGrath, H. | 1185 Main St. | Walpole | MA | 02081 | (508) 668-0244 | Prov. |
| 32 | Bala, S. | 28 Poole Ct. | Holbrook | MA | 02143 | (781) 767-8228 | Bill |
| 33 | Hoherried, J. | 139 Church St. | Westwood | MA | 02090 | (781) 329-3587 | Bill |
| 34 | Horm, T. | 103 Everett Ct. | Stoughton | MA | 02072 | (781) 344-1904 | Prov. |
| 35 | Howe, S. | 53 Branford St. | Randolph | MA | 02207 | (781) 344-9671 | Prov. |
| 36 | Berry, S. | 907 Pond St. | So. Weymouth | MA | 02190 | (781) 331-4217 | Rel. |
| 37 | Sullivan, C. | 4 Hadley Rd. | Norton | MA | 02766 | (508) 285-4978 | Bill |
| 38 | McDonald, J. | 1 Pebble Path | Forestdale | MA | 02644 | (508) 477-5324 | Prov. |
| 39 | Hubert, M. | 4 Flint St. | Mansfield | MA | 02048 | (508) 339-9545 | Prov. |
| 40 | O'Meara, W. | 75 Chestnut W. | Randolph | MA | 02368 | (781) 986-6688 | Prov. |
| 41 | Fontes, M. | 755 Washington St. | Whipole | MA | 02081 | (508) 668-5435 | Prov. |
| 42 | Pimental, J. | 36 Brown St. | Fair Haven, | MA | 02719 | (508) 994-4614 | Prov. |
| 43 | Pimental, P. | 5 Fall Ln. | Canton | MA | 02021 | (781) 828-3354 | Prov. |
| 44 | Lehan, D. | 4 South St. | Canton | MA | 02021 | (781) 828-6585 | Prov. |

*HFJU · GROUTH MODIFICATIONS*

| # | Name | Address | City | State | Zip | Phone | SSN | Date | Status |
|---|------|---------|------|-------|-----|-------|-----|------|--------|
| 45 | Houde, G. | 360 Cedar St. | New Bedford | MA | 02740 | (508) 996-0028 | 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 | 8/14/93 | Prov. |
| 46 | Roche, J. | 3 Buttercup Ln. | Medway | MA | 02053 | (508) 533-7249 | 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 | 9/16/93 | Prov |
| 47 | Stephen, J. | 25 Jessie St. | S. Attleboro | MA | 02703 | (516) 761-9979 | 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 | 9/17/93 | Prov. |
| 44 | Carvalho, J. | 368 Wareham St | Middleboro | MA | 02346 | (508) 947-6163 | 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 | 9/18/03 | Pass |
| 49 | Crevy, P. | 19 Grist Mill Ln. | Pembroke | MA | 02359 | (781) 829-8773 | 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 | 10/27/93 | -- |
| 50 | Creighton, R. | 42 Brooks Ter. | Weymouth | MA | 02188 | (781) 335-6815 | 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 | 8/1/94 | (Prov |
| 51 | Perry, J. | 69 Yellowstone Ave | Warwick | RI | 02889 | (401) 463-9145 | 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 | 8/10/94 | Prov. |
| 52 | Biala, R. | 17 Glenfield Rd. | N. Attleboro | MA | 02760 | (508) 643-2239 | 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 | 1/15/95 | Prov. |
| 53 | Kearley, M. | 39 Gierb St. | Aquidnal | MA | 02743 | (508) 763-4960 | 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 | 4/4/95 | Military |
| 54 | DeSouza, B. | 60 McCabe St. | S. Dartmouth | MA | 02748 | (508) 763-9980 | 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 | 4/5/95 | Prov. |
| 55 | Osmer, J. | 31 Arlington St. Apt. 3 | Nashua | NH | 03060 | (603) 598-2662 | 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 | 7/24/95 | Bll. |
| 56 | Dellan, J. | 18 Willowbean Ave | W. Roxbury | MA | 02132 | (617) 323-2028 | 029-08-667P | 7/26/96 | Bll. |
| 57 | Pendleton, J. | 1340 Broadway Lot 23 | Raynham | MA | 02767 | (508) 822-1740 | 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 | 7/8/96 | Bll. |
| 58 | Gilmore, M. | 24 Kelly Ave. | Brockton | MA | 02301 | (508) 588-1327 | 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 | 9/23/96 | Prov. |
| 59 | Perquelle, D. | 103 Hart St. | Taunton | MA | 02780 | (508) 823-7150 | 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 | 9/24/96 | Prov. |
| 60 | Sperra, J. | 53 W. Chestnut St. | Brockton | MA | 02301 | (508) 659-0189 | 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 | 10/1/96 | Prov. |
| 61 | Kaley, Jr., R | 874 Hancock St. | Abington | MA | 02351 | (781) 982-9328 | 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 | 8/1 | Bll. |
| 62 | Johnson, Jr., R | 166 Wareham St | Middleboro | MA | 02346 | (508) 946-1120 | 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 | 3/25/97 | Prov |
| 63 | Choiniere, Jr., R | 82 Prospect St. | Attleboro | MA | 02703 | (508) 222-5776 | 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 | 4/15/97 | Prov. |
| 64 | Crawford, H. | 4 W. Belcher Rd. | Foxboro | MA | 02005 | (508) 543-4186 | 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 | 4/20/98 | Ret-- |
| 65 | Clark, D. | 7 Garden St. | Randolph | MA | 02368 | (781) 963-7737 | 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 | 4/23/98 | Ret- |
| 66 | White, J. | 86 Harvard St. | Dedham | MA | 02026 | (781) 326-4327 | 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 | 1/2/99 | -- |
| 67 | Kalleher, T. | 239 Whiler St. | Brockton | MA | 02402 | (508) 659-5477 | 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 | 8/15/99 | Prov. |
| 68 | Winquist, P. | 27 Dingley Dell Ln | Duxbury | MA | 02332 | (711) 834-3608 | 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 | 8/17/99 | Prov. |
| 69 | Gould, D. | 9 Boxberry Ln. | Rochester | MA | 02770 | (508) 763-9521 | 030-50-782 | 9/17/99 | Prov. |
| 70 | Morin, T. | 21 Lake St. | Rehoboth | MA | 02769 | (508) 336-8819 | 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 | 9/23/99 | Prov. |
| 71 | Hamilton, D. | 8 Wachusa Rd. | W. Wareham | MA | 02576 | (508) 295-3079 | 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 | 11/8/99 | Prov. |
| 72 | Kisley, G. | 104 Brentwood Cl. | Plymouth | MA | 02360 | (508) 224-7012 | 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 | 12/22/99 | Bll. |
| 73 | Wentz, E. | 157 Lawrence St. | Brockton | MA | 02302 | (508) 588-4847 | 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 | 12/28/99 | Prov. |
| 74 | Psim, W. | 80 Lester St. | Brockton | MA | 02301 | (508) 586-6962 | 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 | 1/24/00 | Prov. |
| 76 | Zehaut, ?. B | 386 Granca Pk. | Bridgewater | MA | 02324 | (508) 264-3796 | 032-64-887 | 12/4/00 | Bll. |

* CHANGE

| # | LOC. | NAME | ADDRESS | CITY/TOWN | ST | ZIP | TELEPHONE | SS# | DATE | PRE. |
|---|------|------|---------|-----------|----|----|-----------|-----|------|------|
| 1 | CANTON | Proud, R. | 58 Spring St. | Braintree | MA | 02184 | (781) 848-5305 | 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 | 11/12/68 | Ret. |
| 2 | CANTON | Burrill, P. | 6 Grt. Woods Cl. | Norton | MA | 02766 | (508) 285-9452 | 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 | 6/30/70 | Prov. |
| 3 | CANTON | McCaffrey, M. | 29B Shaw St. | Braintree | MA | 02184 | (781) 848-9223 | 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 | 10/7/70 | Bil. |
| 4 | CANTON | Heroux | | | | | | | | |
| 5 | CANTON | Mastropietro, R | 215 Forest Trail | Hanson | MA | 02311 | (781) 447-9455 | 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 | 6/14/73 | Ret |
| 6 | CANTON | Setterland, D. | 72 Paul Rd. | Hanover | MA | 02339 | (781) 871-3525 | 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 | 11/3/73 | Bil. |
| 7 | CANTON | Loud, D. | 560 Bedford St. | Abington | MA | 02351 | (781) 871-0416 | 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 | 1/11/74 | Ret. |
| 8 | CANTON | Petit, A | 11 Hinson Rd. | Weymouth | MA | 02188 | (781) 337-3557 | 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 | 3/11/74 | Ret |
| 9 | CANTON | Petit, R. | 115 Highland Ave. | Quincy | MA | 02169 | (617)471-0098 | 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 | 9/15/75 | Bil. |
| 10 | CANTON | Durette, M | 111 Pond St | Swansea | MA | 02777 | (508) 674-7883 | 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 | 9/30/75 | Prov. |
| 11 | CANTON | Hoyt, H. | 23 Garfield St. | Foxboro | MA | 02035 | (508) 543-2978 | 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 | 8/17/76 | Ret. |
| 12 | CANTON | Ellis, R. | 1573 Liberty St. | Braintree | MA | 02184 | (781) 843-1549 | 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 | 8/27/76 | Ret. |
| 13 | CANTON | Deramo, M. | 31 Washington St. | Sherborn | MA | 01770 | (508) 652-6086 | 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 | 2/2/77 | Bil |
| 14 | CANTON | Sullivan, T. | 17 Hillside Dr. | Plymouth | MA | 02360 | (508) 224-5584 | 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 | 10/24/77 | Bill |
| 15 | CANTON | Rabideau, R | P.O. Box 265 | Easton | MA | 02334 | (508) 230-2436 | 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 | 1/4/78 | Prov. |
| 16 | CANTON | Kelley, Jr., W. | 306 Field St. | Brockton | MA | 02403 | (508) 583-0861 | 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 | 3/27/78 | Bil. |
| 17 | CANTON | Monahan, H. | 4 Kathy Ln. | Hanson | MA | 02341 | (781) 826-2751 | 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 | 11/14/78 | Prov. |
| 18 | CANTON | Petit, Jr., E. | 633 King St. | Hanover | MA | 02339 | (781) 871-7648 | 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 | 4/23/79 | Bil. |
| 19 | CANTON | Pickering, G. | 53 Rosalind St. | N. Weymouth | MA | 02188 | (781) 337-6278 | 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 | 8/3/81 | Bil. |
| 20 | CANTON | Tisbert, B. | 17 Marsh Ave. | Salem | NH | 03079 | (603) 890-6183 | 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 | 5/17/83 | Bil. |
| 21 | CANTON | Damiano, J | 22 Bixby Dr. | E Bridgewater | MA | 02333 | (508) 378-3792 | 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 | 7/20/83 | Prov. |
| 22 | CANTON | Gwynn, N. | 283 Central St. | E. Bridgewater | MA | 02333 | (508) 378-0466 | 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 | 5/14/84 | Prov. |
| 23 | CANTON | Cardoza, P. | 804 Maple St. | Mansfield | MA | 02048 | (508)339-5134 | 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 | 9/24/84 | Prov. |
| 24 | CANTON | Bouffard, R | 20 E. Nilsson St | Brockton | MA | 02301 | (508) 588-6540 | 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 | 9/30/85 | Bil. |

Ex.3

D02

| # | Town | Name | Address | City | State | Zip | Phone | ID | Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | CANTON | Coull, D | 230 State Rd. | Plymouth | MA | 02360 | (508) 888-6964 | 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 | 4/6/73 | Ret. |
| 26 | CANTON | McGee, R. | 437 Commonwealth Rd. | Wayland | MA | 01778 | (508) 653-8174 | 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 | 5/20/82 | Ret. |
| 27 | CANTON | Francey, G. | 324 Flagg St | Bridgewater | MA | 02324 | (508) 697-9620 | 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 | 10/25/82 | Prov. |
| 28 | CANTON | Cruise, M. | 103 So. Pickens St. | Lakeville | MA | 02347 | (508) 946-0330 | 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 | 4/30/84 | Prov. |
| 29 | CANTON | Power, K. | 16 Carver St. | Watertown | MA | 02472 | (617) 926-5324 | 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 | 11/15/84 | Bil. |
| 30 | CANTON | Fennelly, E. | 160 Washington St., Unit #68 | Plainville | MA | 02762 | (508) 695-3075 | 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 | 2/25/85 | Prov. |
| 31 | CANTON | McGrath, H | 1165 Main St | Walpole | MA | 02081 | (508) 668-0244 | 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 | 8/26/85 | Prov. |
| 32 | CANTON | Bain, S. | 28 Poole Cl. | Holbrook | MA | 02343 | (781) 767-6229 | 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 | 3/9/87 | Bil. |
| 33 | CANTON | Holderied, J. | 139 Church St | Westwood | MA | 02090 | (781) 329-3587 | 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 | 5/8/89 | Bil. |
| 34 | CANTON | Howe, T. | 127 Everett Cl | Stoughton | MA | 02072 | (781) 344-1904 | 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 | 5/15/89 | Prov. |
| 35 | CANTON | Howe, S. | 53 Bradford St. | Stoughton | MA | 02072 | (781) 344-3871 | 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 | 5/31/90 | Prov. |
| 36 | CANTON | Berry, S | 367 Pond St | So. Weymouth | MA | 02190 | (781) 335-4217 | 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 | 5/31/90 | Pass |
| 37 | CANTON | Sullivan, C. | 4 Hadley Rd | Norton | MA | 02766 | (508) 285-4918 | 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 | 12/9/91 | Bil. |
| 38 | CANTON | MacDonald, J. | 1 Pebble Path | Forestdale | MA | 02644 | (508) 477-5324 | 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 | 12/9/91 | Prov. |
| 39 | CANTON | Hulbert, M | 4 First St. | Mansfield | MA | 02048 | (508) 339-8545 | 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 | 12/9/91 | Bil. |
| 40 | CANTON | O'Meara, W | 75 Chestnut W. | Randolph | MA | 02368 | (781) 986-8686 | 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 | 3/1/93 | Prov |
| 41 | CANTON | Fontes, M | 755 Washington St | Walpole | MA | 02081 | (508) 668-5435 | 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 | 9/3/93 | Prov |
| 42 | CANTON | Pimental, J. | 36 Brown St. | Fair Haven | MA | 02719 | (508) 994-5614 | 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 | 9/8/93 | Prov |
| 43 | CANTON | Friel, P | 5 Fall Ln. | Canton | MA | 02021 | (781) 828-3354 | 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 | 9/9/93 | Prov |
| 44 | CANTON | Lehan, D. | 4 South St. | Canton | MA | 02021 | (781) 828-6595 | 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 | 9/10/93 | Prov |
| 45 | CANTON | Houde, G. | 360 Cedar St. | New Bedford | MA | 02740 | (508) 996-6028 | 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 | 9/14/93 | Prov |
| 46 | CANTON | Roche, J. | 3 Buttercup Ln | Medway | MA | 02053 | (508) 533-7249 | 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 | 9/16/93 | Prov |
| 47 | CANTON | Stephen, J. | 29 Jessie Ave. | S. Attleboro | MA | 02703 | (508) 761-6979 | 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 | 9/17/93 | Prov |
| 48 | CANTON | Carvalho, D. | 363 Wareham St | Middleboro | MA | 02346 | (508) 947- | 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 | 9/18/93 | Pass |

D025

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 49 | CANTON | Carey, P. | 19 Grist Mill Ln. | Pembroke | MA | 02359 | (781) 829-8773 | 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 | 10/27/93 | Prov. |
| 50 | CANTON | Creighton, R. | 42 Brooke Ter. | Weymouth | MA | 02188 | (781) 335-8815 | 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 | 9/1/94 | (Prov. |
| 51 | CANTON | Perry, J. | 59 Yellowstone Ave. | Warwick | RI | 02886 | (401) 463-8145 | 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 | 9/10/94 | Prov. |
| 52 | CANTON | Blake, R. | 17 Glenfeld Rd. | N. Attleboro | MA | 02760 | (508) 643-2239 | 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 | 1/13/95 | Prov. |
| 53 | CANTON | Kearley, M. | 30 Carol St. | Acushnet | MA | 02743 | (508) 763-4960 | 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 | 4/4/95 | Military |
| 54 | CANTON | DeSouza, B. | 80 McCabe St. | S. Dartmouth | MA | 02748 | (508) 763-9680 | 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 | 4/5/95 | Prov. |
| 55 | CANTON | Osmer, J. | 31 Arlington St. Apt. 3 | Nashua | NH | 03060 | (603) 598-2982 | 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 | 7/24/95 | Bil. |
| 56 | CANTON | Dolan, J. | 19 Willowdean Ave. | W. Roxbury | MA | 02132 | (617) 323-2026 | 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 | 7/25/95 | Bil. |
| 57 | CANTON | Pendleton, J. | 1540 Broadway Lot 23 | Raynham | MA | 02767 | (508) 822-7740 | 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 | 7/8/96 | Bil. |
| 58 | CANTON | Gilmore, M. | 24 Keith Ave. | Brockton | MA | 02301 | (508) 588-1327 | 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 | 9/23/96 | Prov |
| 59 | CANTON | Parquette, D. | 103 Hart St. | Taunton | MA | 02780 | (508) 823-7150 | 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 | 9/24/96 | Prov |
| 60 | CANTON | Spano, J. | 53 W. Chestnut St. | Brockton | MA | 02301 | (508) 559-0189 | 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 | 10/1/96 | Prov |
| 61 | CANTON | Kelley, Jr., R | 674 Hancock St. | Abington | MA | 02351 | (781) 982-9328 | 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 | 3/25/97 | Bil. |
| 62 | CANTON | Johnson, Jr. R. | 186 Wareham St. | Middleboro | MA | 02346 | (508) 946-1129 | 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 | 4/15/97 | Prov. |
| 63 | CANTON | Choinere, Jr., R | 52 Prospect St. | Attleboro | MA | 02703 | (508) 222-5776 | 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 | 12/30/98 | (Prov. |
| 64 | CANTON | Crawford, H. | 4 W. Belcher Rd. | Foxboro | MA | 02035 | (508) 543-2196 | 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 | 12/31/98 | Ret. |
| 65 | CANTON | Clark, D. | 7 Garden St. | Randolph | MA | 02368 | (781) 963-5737 | 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 | 1/3/99 | Ret. |
| 66 | CANTON | White, A. | 95 Harvard St. | Dedham | MA | 02026 | (781) 326-4327 | 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 | 8/26/99 | |
| 67 | CANTON | Kelleher, T. | 239 Winter St. | Brockton | MA | 02402 | (508) 559-5477 | 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 | 9/15/99 | Prov. |
| 68 | CANTON | Winquist, P | 21 Dingley Dell Ln. | Duxbury | MA | 02332 | (781) 834-5908 | 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 | 9/17/99 | Prov. |
| 69 | CANTON | Gould, D. | 9 Boxberry Ln. | Rochester | MA | 02770 | (508) 763-9521 | 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 | 9/17/99 | Prov. |
| 70 | CANTON | Morris, T. | 24 Lake St. | Rehoboth | MA | 02769 | (508) 336-6919 | 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 | 10/28/99 | Prov. |
| 71 | CANTON | Hamilton, D | 8 Uncatena Rd. | W. Wareham | MA | 02576 | (508) 295-3979 | 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 | 11/9/99 | Prov. |

D026

| 72 | CANTON | Kelley, G. | 104 Brentwood Cl. | Plymouth | MA | 02360 | (508) 224-7012 | 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 | 12/22/99 | Bil. |
| 73 | CANTON | Wertz, E. | 137 Lawrence St. | Brockton | MA | 02302 | (508) 588-4847 | 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 | 12/23/99 | Prov. |
| 74 | CANTON | Palm, W. | 89 Lester St. | Brockton | MA | 02301 | (508) 586-6682 | 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 | 11/28/00 | Prov. |
| 75 | CANTON | Zutaut, Jr. B. | 365 Grance Pk. | Bridgewater | MA | 02324 | (508) 284-3796 | 032-54-667 | 12/4/00 | Bil. |

# In The Matter Of:

*Craig Goulet   v.*
*New Penn Motor Express, Inc., et al.*

---

*William H. Carnes*
*Vol. 1, September 8, 2005*

---

*Doris O. Wong Associates, Inc.*
*Professional Court Reporters*
*50 Franklin Street*
*Boston, MA   02110*
*(617) 426-2432*

*Original File CARNES.V1, 57 Pages*
*Min-U-Script® File ID: 2464441295*

## Word Index included with this Min-U-Script®

Ex. 4

Page 1

Volume I
Pages 1 to 57
Exhibits 1 to 8
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRAIG GOULET,                          :
          Plaintiff,                   :
vs.                                    : Civil Action
                                       : No. 04-12577 JLT
NEW PENN MOTOR EXPRESS, INC.; :
and TEAMSTERS LOCAL 25,                :
INTERNATIONAL BROTHERHOOD OF :
TEAMSTERS,                             :
          Defendants.                  :

          DEPOSITION OF WILLIAM H. CARNES, a witness
called on behalf of the Plaintiff, taken pursuant to
the Federal Rules of Civil Procedure, before Ken A.
DiFraia, Registered Professional Reporter and Notary
Public in and for the Commonwealth of Massachusetts,
at the Offices of Scott A. Lathrop & Associates,
122 Old Ayer Road, Groton, Massachusetts, on
Thursday, September 8, 2005, commencing at
10:04 a.m.
          PRESENT:
          Scott A. Lathrop & Associates
            (by Scott A. Lathrop, Esq.)
          122 Old Ayer Road, Groton, MA 01450,
            for the Plaintiff.
          Frantz Ward LLP
            (by Carl H. Gluek, Esq.)
          2500 Key Center, 127 Public Square,
Cleveland, OH 44114-1230, for the Defendant
          New Penn Motor Express, Inc.
          (Continued on Next Page)

Page 2

PRESENT: (Continued)
          Dwyer, Duddy and Facklam, P.C.
            (by Kathleen A. Pennini, Esq.)
          Two Center Plaza, Suite 430, Boston, MA
          02108-1804, for the Defendant Teamsters
          Local 25, International Brotherhood of
          Teamsters.
          ALSO PRESENT: Craig Goulet

Page 3

              INDEX
WITNESS    DIRECT CROSS REDIRECT RECROSS
WILLIAM H. CARNES
BY MR. LATHROP      5
BY MR. GLUEK        49
BY MS. PENNINI      54

              EXHIBITS
NO.    DESCRIPTION              PAGE

1   Agreement between Teamsters National   12
    Freight Industry Negotiating
    Committee and New Penn Motor
    Express, Inc., dated 2/13/02
2   Document to Local 25, among other   16
    locals, from Teamsters National
    Freight Industry Negotiating
    Committee dated 2/14/02
3   Canton seniority list dated 11/01   18
4   Summary of tentative agreement   19
    between TNFINC and NPME
5   Letter to Dan Schmidt from George   20
    Cashman dated 2/28/02
6   Canton seniority list           20
7   Three-page document, including   27
    grievance report
8   Letter to Great Members of Teamsters   44
    Local 25 from William Carnes dated
    4/03

Page 4

              **PROCEEDINGS**

[1]
[2]    **MR. LATHROP:** Stipulations?
[3]    **MS. PENNINI:** The usual.
[4]    **MR. LATHROP:** Reserve all objections,
[5] except as to form, and motions to strike until the
[6] time of trial. I assume that's the usual.
[7]    **MS. PENNINI:** Yes.
[8]    **MR. LATHROP:** Are you representing
[9] Mr. Carnes, by the way, for the purpose of this
[10] deposition?
[11]    **MS. PENNINI:** No.
[12]    **MR. LATHROP:** Mr. Carnes, after the
[13] deposition is over, a transcript will be prepared by
[14] this gentleman. You have the right to read it and
[15] make any corrections that you deem necessary and
[16] then sign it in some form under oath.
[17]    Do you wish to exercise that right to read
[18] and sign it?
[19]    As an aside, most people do read and sign
[20] it. It's your right. The question is always put as
[21] to whether or not people want to waive their right
[22] to read and sign. Since you are here without
[23] counsel, I have to put the question to you as to
[24] whether or not you want to read and sign the

Craig Goulet v.                                          William H. Carn
New Penn Motor Express, Inc., et al
Case 1:04-cv-12577-WGY    Document 21-5    Filed 10/14/2005    Page 3 of 4    Vol. 1, September 8, 20

Page 9

[1]   **A:** No.
[2]   **Q:** Are you familiar with a company called "New
[3]   Penn Motor Express"?
[4]   **A:** Yes.
[5]   **Q:** Did you ever have responsibility for New
[6]   Penn Motor Express?
[7]   **A:** Yes.
[8]   **Q:** Over what period of time did you have
[9]   responsibility for New Penn Motor Express?
[10]  **A:** From 1982 until 2003.
[11]  **Q:** At any point in time, did you hold any
[12]  other positions with the Teamsters, other than as a
[13]  business agent for Local 25?
[14]  **A:** Yes. I was elected vice president in 1991,
[15]  and business agent. I held both positions.
[16]  **Q:** Vice president of Local 25?
[17]  **A:** That's right.
[18]  **Q:** How long did you remain vice president of
[19]  Local 25?
[20]  **A:** Until 2003.
[21]  **Q:** Did you hold any other positions with the
[22]  Teamsters, whether it be Local 25 or any other
[23]  Teamster-related entity?
[24]  **A:** I'm not sure I understand the question.

Page

[1]   **A:** No.
[2]   **Q:** Over what period of time did you serve as a
[3]   member of that committee?
[4]   **A:** From around 1992 until around 2000 I guess.
[5]   **Q:** Was that an elected position or an
[6]   appointed position?
[7]   **A:** No. It was appointed by the general
[8]   president.
[9]   **Q:** When you were secretary to the Southern New
[10]  England Committee, was that an elected or appointed
[11]  position?
[12]  **A:** Appointed.
[13]  **Q:** By whom?
[14]  **A:** By the joint counsel.
[15]  **Q:** Did you hold any other positions during
[16]  your long tenure with the Teamsters?
[17]  **A:** I was a member of the Southern New England
[18]  Supplemental Negotiating Committee.
[19]  **MR. GLUEK:** I'm sorry, I didn't hear that.
[20]  **THE WITNESS:** I said I was a member of the
[21]  Supplemental Negotiating Committee.
[22]  **Q:** Over what period of time did you serve on
[23]  that committee?
[24]  **A:** From 1992 or 1993 until 2003.

Page 10

[1]   **Q:** For example, are you familiar with an
[2]   entity called the "Southern New England Joint Area
[3]   Committee"?
[4]   **A:** I am.
[5]   **Q:** Could you describe for the record what that
[6]   is.
[7]   **A:** It's a combined panel of employers and
[8]   Teamsters that gather together and hear grievances
[9]   as a committee, and yes, I was cosecretary on that
[10]  committee for four or five years.
[11]  **Q:** Over what period of time was this four to
[12]  five years that you were secretary for this
[13]  committee?
[14]  **A:** Going backwards to 2003, I was cosecretary
[15]  up until 2003, and I really don't recall when I took
[16]  over that position, but it was for four or five
[17]  years, and it may have been longer.
[18]  **Q:** Did you sit on any other, if I can call it
[19]  that, grievance committees other than the Southern
[20]  New England Joint Area Committee?
[21]  **A:** Yes. I sat as a member of the panel on the
[22]  Eastern Region Joint Area Committee.
[23]  **Q:** Did you hold any title other than member of
[24]  the panel?

Page

[1]   **Q:** Are there any other committees you can
[2]   recall that you sat on or any other positions you
[3]   held during your tenure with the Teamsters?
[4]   **A:** I was the chairman for the Advisory Council
[5]   on Workmen's Compensation for the State of
[6]   Massachusetts.
[7]   **Q:** Any others?
[8]   **A:** If there are, I don't remember.
[9]   **Q:** The last one, when you were chairman of
[10]  this advisory council, from when to when?
[11]  **A:** I would speculate it was from like 2005
[12]  until — sorry — 1995 until 2003. There were times
[13]  I was the co-chairman. It was something that I went
[14]  from management to union back and forth over various
[15]  periods of time. It was an appointed position by
[16]  the Governor.
[17]  **Q:** I'm going to have some documents marked
[18]  now. Then we can talk about them.
[19]  (Document marked as Carnes
[20]  Exhibit 1 for identification)
[21]  **Q:** Mr. Carnes, I'm showing you what was marked
[22]  for your deposition as Exhibit 1. This purports to
[23]  be an agreement between the Teamsters National
[24]  Freight Industry Negotiating Committee and New Penn

William H. Carnes
Craig Goulet v.

Vol. 1, September 10, 1995 512577-WGY    Document 21-5    Filed 10/11/2006    New Penn Motor Express, Inc., et al.

Page 21

[1] **Q:** I didn't hear you clearly.

[2] **A:** Yes, I believe I have seen it.

[3] **Q:** Do you have any understanding as to who

[4] prepared Exhibit 6?

[5] **A:** No.

[6] **Q:** I take it you did not prepare Exhibit 6?

[7] **A:** No, I didn't.

[8] **Q:** Are you familiar with the plaintiff in this

[9] case, Craig Goulet?

[10] **A:** Yes, I know him.

[11] **Q:** When did you first meet or come to know

[12] Mr. Goulet?

[13] **A:** That's a tough one. I really don't recall

[14] when we first met, but I have known him for a number

[15] of years.

[16] **Q:** How many years, approximately?

[17] **A:** Well, I would say at least probably 12, 13

[18] years.

[19] **Q:** Do you recall whether or not Mr. Goulet

[20] ever worked for an employer for which you had

[21] responsibility as a business agent of Local 25?

[22] **A:** I really don't.

[23] **Q:** At some point in time, did you come to

[24] understand that Mr. Goulet wished to be employed or

Page 22

[1] be on a call list for New Penn Motor Express?

[2] **A:** Via a telephone call at some point.

[3] **Q:** Let's talk about the telephone call. Was

[4] this a telephone call with Mr. Goulet?

[5] **A:** Yes.

[6] **Q:** I assume Mr. Goulet initiated the call?

[7] **A:** That's right.

[8] **Q:** Do you recall approximately when this phone

[9] call took place?

[10] **A:** I really don't. You know, I have to admit

[11] I'm terrible with time frames. I really am.

[12] **Q:** You need not apologize. We're just

[13] inquiring as to what you do recall. That's all I'm

[14] asking of you.

[15] **A:** And you will get those answers.

[16] **Q:** Do you recall where you took this phone

[17] call?

[18] **A:** I was in my office.

[19] **Q:** For Local 25?

[20] **A:** Right.

[21] **Q:** For the record, where at least were the

[22] offices of Local 25 at the time you took this phone

[23] call?

[24] **A:** You mean where they were?

Page 23

[1] **Q:** Yes.

[2] **A:** 544 Main Street in Charlestown.

[3] **Q:** What do you recall about this telephone

[4] conversation between yourself and Mr. Goulet?

[5] **A:** He was concerned about being called to be

[6] put back to work at New Penn. I believe he had been

[7] out injured or something of that nature. He was

[8] trying to get the case heard, you know, to get

[9] himself put back on or — I take that back a step.

[10] I represented New Penn. He wanted to know

[11] what I could do about it. I believe I called New

[12] Penn.

[13] **Q:** Well, let's stop and limit the conversation

[14] for the time being to the telephone call between

[15] yourself and Mr. Goulet.

[16] **A:** Okay. He was concerned about being put

[17] back to work.

[18] **Q:** Had he previously worked in New Penn?

[19] **A:** I don't know.

[20] **Q:** But he was looking to be put to work at New

[21] Penn, correct?

[22] **A:** Yes.

[23] **Q:** Do you know if it was pursuant to this

[24] agreement between the Teamsters and New Penn and

Page 24

[1] former APA employees?

[2] **A:** I believe it was after the agreement.

[3] **Q:** Okay, after the agreement. Do you have any

[4] understanding as to whether or not Mr. Goulet was a

[5] former APA employee?

[6] **A:** To my knowledge, he was.

[7] **Q:** So this telephone call took place sometime

[8] after the agreement between the Teamsters and New

[9] Penn?

[10] **A:** That's right.

[11] **Q:** But you are not certain exactly how long

[12] after?

[13] **A:** That's right.

[14] **Q:** Do you recall anything else about this

[15] telephone call you had between Mr. Goulet and

[16] yourself?

[17] **A:** Just the fact that he was concerned about

[18] getting back to work. He wanted to exercise his

[19] rights.

[20] **Q:** Your understanding of those rights are

[21] what?

[22] **A:** The only understanding I had was what they

[23] had negotiated between the National Freight Industry

[24] Negotiating Committee and New Penn.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 JLT

```
***************************************
CRAIG GOULET,                          *
    Plaintiff                          *
                                       *
    v.                                 *
                                       *
NEW PENN MOTOR EXPRESS, INC., and      *
TEAMSTERS LOCAL 25,                    *
INTERNATIONAL BROTHERHOOD OF           *
TEAMSTERS,                             *
    Defendants                         *
***************************************
```

## PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT TEAMSTERS LOCAL 25

The plaintiff Craig Goulet pursuant to Rule 33 of the Rules of Civil Procedure requests

answers of the defendant Teamsters Local 25 within 30 days after service of the following

interrogatories:

### DEFINITIONS

1. BACK-UP TAPES. The term "back-up tapes" means magnetic tape storage or archiving

of electronic information ordinally contained on a computer system.

2. CONCERNING. The term "concerning" means referring to, describing, evidencing, or

constituting

3. COMMUNICATION. The term "communication" means the transmittal of information

1

$EX\ 5$

(in the form of facts, ideas, inquiries, or otherwise.).

    4.  COMPUTER or COMPUTER EQUIPMENT.  The term "computer" or "computer equipment" means all data processing equipment, including but not limited to, central processing units, tape drives, drum and disk storage devices, control units, input devices, and output devices; all unit record equipment, including but not limited to accumulators, calculators, and sorters; all record storage and retrieval equipment, including but not limited to microfilm storage and retrieval apparatus and audio/visual storage and retrieval apparatus.

    5.  COMPUTER APPLICATION.  The term "computer application" means a program that performs a specific task or function, including e-mail messaging, word processing or spread sheets.

    6.  COMPUTER LOG.  The term "computer log" means computer system usage records, such as a listing of electronically stored information and may include title, subject matter or first line of the document information and the date of the document.

    7.  COMPUTER PROGRAM.  The term "computer program" means a set of instructions or steps, usually in symbolic form, that generates machine instructions and tells the computer how to handle a problem or sort information.

    8.  COMPUTER SYSTEM.  The term "computer system" means an assembly of computer operations and procedures, persons, equipment and hardware and software, united by some form of regulated interaction to form an organized whole.

    9.  COMPUTER SYSTEM MEDIA.  The term "computer system media" means the type of material used for storage of electronic information and includes floppy discs, hard drives and magnetic tapes.

    10.  DOCUMENT.  The term "document" is defined to be synonymous in meaning and equal

2

in scope to the usage of this term in Rule 34 of the Rules of Civil Procedure. A draft or a non-identical copy is a separate document within the meaning of this term.

11. E-MAIL. The term "e-mail" means an electronic messaging application that provides for the receipt and sending of messages among users of a computer system and possibly to and from remote users.

12. IDENTIFY (With Respect to Persons). When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last known address, home telephone number, business telephone number, and, when referring to a natural person, the present or last known place of employment.

13. IDENTIFY (With Respect to Documents). When referring to documents, "to identify" means to give, to the extent known, the

      (a) type of document;

      (b) general subject matter;

      (c) date of the document; and

      (d) author(s), addresses(s), and recipient(s).

14. OPERATING SYSTEM. The term "operating system" means an organized collection of programs for operating a computer, usually part of a software package defined to simplify housekeeping, such as input/output procedures, sort merge generators, etc.

15. PARTIES. The terms "plaintiff" and "defendant" as well as a party's full or abbreviated name or a pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates.

16. PERSON. The term "person" is defined as any natural person or any business, legal, or

3

governmental entity or association.

17. PURGE. The term "purge" means to periodically or randomly delete or take off of the computer system e-mail messages and transfer this information to back-up tapes to restore or make usable computer memory.

18. STATE THE BASIS. When an interrogatory calls upon a party to "state the basis" of or for a particular claim, assertion, allegation, or contention, the party shall:

> (a) identify each and every document (and, where pertinent, the section, article, or subparagraph thereof), which forms any part of the source of the party's information regarding the alleged facts or legal conclusions referred to by the interrogatory;

> (b) identify each and every communication which forms any part of the source of the party's information regarding the alleged facts or legal conclusions referred to by the interrogatory;

> (c) state separately the acts or omissions to act on the party of any person (identifying the acts or omissions to act by stating their nature, time and place and identifying the persons involved) which form any part of the party's information regarding the alleged facts or legal conclusions referred to in the interrogatory; and

> (d) state separately any other fact which forms the basis of the party's information regarding the alleged facts or conclusions referred to in the interrogatory.

19. USER. The term "user" means a person who has access to a computer or in any manner uses or directs another to use any information stored in or generated by a computer.

4

## INTERROGATORIES

26.    Attached as Exhibit 1 hereto is a Dracut Seniority List. With regard to this document, please:

    a.    Identify who prepared this Seniority List;

    b.    State when this Seniority List was prepared;

    c.    State the purpose for which this Seniority List was prepared;

    d.    Identify to whom this Seniority List was distributed or provided; and

    e.    Identify the person(s) whose handwriting appears under the Column "Preference 1" and "Preference 2."


27.    Attached as Exhibit 2 hereto is a list of Canton employees. With regard to this document, please:

    f.    Identify who prepared this document;

    g.    State when this document was prepared;

    h.    State the purpose for which this document was prepared; and

    i.    Identify to whom this document was distributed or provided.

5

Craig Goulet

By his attorney

*Scott A. Lathrop*

_____

Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated:  September 9, 2005

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Interrogatories on the defendants
by mailing this day a copy to the last known address of their Attorneys of Record.

*Scott A. Lathrop*

_____

Scott A. Lathrop

Dated:  September 9, 2005

6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 JLT

**************************************
CRAIG GOULET,                          *
  Plaintiff                   *
                                   *
  v.                           *
                                   *
NEW PENN MOTOR EXPRESS, INC., and      *
TEAMSTERS LOCAL 25,                    *
INTERNATIONAL BROTHERHOOD OF           *
TEAMSTERS,                             *
  Defendants                   *
**************************************

## NOTICE OF TAKING DEPOSITION

Please take notice that at 10:00 a.m. on Thursday, September 29, 2005, at the office of Scott

A. Lathrop, 122 Old Ayer Road, Groton, Massachusetts, the attorney for the plaintiff in this action

will take the deposition upon oral examination defendant Teamsters Local 25 pursuant to Rule

30(b)(6) before a Notary Public in and for the Commonwealth of Massachusetts, or before some other

officer authorized by law to administer oaths. This deposition will continue from day to day until

completed.

Defendant will be examined on the following matters:

1.    The preparation of the document attached hereto as Exhibit 1 (Dracut Seniority List);

2.    The preparation of the document attached hereto as Exhibit 2 (Canton employee list).

Defendant is further requested to choose one or more of its proper employees, officers,

agents or other persons duly authorized to testify on its behalf.

You are invited to attend and cross-examine.

1

Ex 6

Craig Goulet
By his attorney

*Scott A. Lathrop*

Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated:  September 9, 2005

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Notice on the defendants by mailing this day a copy to the last known address of their Attorneys of Record.

*Scott A. Lathrop*
_____
Scott A. Lathrop

Dated:  September 9, 2005

2

## Scott A. Lathrop

**From:**     "Kathianne Pennini" <kap@dwyerdf.com>
**To:**       "Scott A. Lathrop" <slathrop@lathroplawoffices.com>
**Sent:**     Wednesday, September 28, 2005 4:33 PM
**Subject:**  RE: Interrogatories

Dear Attorney Lathrop:

I will be objecting to both the interrogatories and the Rule 30(b)(6) deposition as both being outside the scope of the discovery order, and will seek a protective order concerning these issues. The Rule 30(b)(6) deposition is not among the depositions that are allowed in the order, and I beleive that you would be required to seek leave of court in order to take such a deposition. Furthermore, as I said, I believe that the interrogatories are beyond what was discussed in court.

I will likely be serving you with the motion for the protective order within the next day or so.

Sincerely,
Kathianne Pennini

> -----Original Message-----
> **From:** Scott A. Lathrop [mailto:slathrop@lathroplawoffices.com]
> **Sent:** Wednesday, September 28, 2005 4:03 PM
> **To:** Kathianne Pennini
> **Subject:** Interrogatories
>
>
> Dear Atty. Pennini:
>
> I have received and reviewed your fax of the order of 4/19/05. As indicated, the order states that: "Plaintiff may serve the interrogatories discussed in open court." If you believe that my second set of interrogatories is not incompliance with this order (with which I disagree), you will have to seek a protective order.
>
> And please be advised, the under the Rule 30(b)(6) depositions that I have noticed, you will be required to produce person or persons who is in a position to answer these same questions anyway. So from a practical standpoint, I don't see why you are objecting to the interrogatories. You will have to provide me with is information one way or the other.
>
>
>
> Sincerely,
>
>
> Scott A. Lathrop
>
>
> Scott A. Lathrop & Associates
> Attorneys at Law
> 122 Old Ayer Road
> Groton, MA 01450

*Ex. 7*

10/8/2005

Tel: (978) 448-8234    Fax: (978) 448-8244

10/8/2005

## Scott A. Lathrop

**From:** "Kathianne Pennini" <kap@dwyerdf.com>
**To:** "Scott A. Lathrop" <slathrop@lathroplawoffices.com>
**Sent:** Wednesday, September 28, 2005 11:55 AM
**Subject:** RE: Deposition dates

Dear Attorney Lathrop

I think you may have misunderstood my issue. My concern is not that the Plaintiff was allowed to serve interrogatories and the Defendant was not allowed to do so, but rather that the 2nd set of interrogatories went beyond what was agreed to in court. The Defendant agreed to finish the interrogatories that had already been served upon it, and therefore, assented to allow the Plaintiff limited written discovery for one set of interrogatories. However, I do not believe that the Second Set of Interrogatories is permissible, without leave of the Court, under the order or the understanding that was reached during teh scheduling conference.

I am currently at a meeting, but will fax you the full order later today.

Sincerely,
Kathianne Pennini

> -----Original Message-----
> **From:** Scott A. Lathrop [mailto:slathrop@lathroplawoffices.com]
> **Sent:** Wednesday, September 28, 2005 9:52 AM
> **To:** Kathianne Pennini
> **Subject:** Re: Deposition dates
>
>
> Dear Atty. Pennini:
>
> If you wish to fax me the full order that you are relying on, that is fine. However, the fairness or unfairness of Judge Tauro's order granting plaintiff the right to serve interrogatories and denying that right to the defendants is an issue that should have been raised by the defendants at the time of the order.
>
>
> Sincerely,
>
>
> Scott A. Lathrop
>
>
>        Scott A. Lathrop & Associates
>             Attorneys at Law
>            122 Old Ayer Road
>            Groton, MA 01450
>     Tel: (978) 448-8234   Fax: (978) 448-8244
>
> ----- Original Message -----
> **From:** Kathianne Pennini
> **To:** Scott A. Lathrop
> **Sent:** Wednesday, September 28, 2005 9:01 AM

10/8/2005

**Subject:** RE: Deposition dates

Dear Attorney Lathrop:

I will not get involved in a e-mail battle with you. I will fax you the full notice from the Court if you would like, in which the Court limits the depositions and interrogatories that both sides may take. What I had e-mailed to you was merely what was e-mailed to the parties, but was not the full notice from the Court.

Furthermore, I do not believe that this seals anything against the Local. Rather, the Local had prepared interrogatories for the Plaintiff, but due to the discovery order and the agreement made in open court, did not serve them on the Plaintiff. As such, it is only fair for the Plaintiff to comply by the terms of the discovery order, and therefore, we will be filing a motion for a protective order.

Kathianne Pennini.

-----Original Message-----
**From:** Scott A. Lathrop [mailto:slathrop@lathroplawoffices.com]
**Sent:** Tuesday, September 27, 2005 6:48 PM
**To:** Kathianne Pennini
**Subject:** Re: Deposition dates

Dear Atty. Pennini:

What makes you say that the discovery order bars what you call "additional discovery?" Nothing in this order bars the interrogatories I served on the Local. I believe the Local just wants to avoid providing plaintiff with the requested information because the information will help seal a case against the Local.

Sincerely,


Scott A. Lathrop


Scott A. Lathrop & Associates
Attorneys at Law
122 Old Ayer Road
Groton, MA 01450
Tel: (978) 448-8234   Fax: (978) 448-8244

—— Original Message ——
**From:** Kathianne Pennini
**To:** Scott A. Lathrop
**Sent:** Tuesday, September 27, 2005 4:57 PM
**Subject:** RE: Deposition dates

Dear Attorney Lathrop

I would like, if possible, to resolve this issue without the need to file a protective order. However, I will do so, if necessary. In the meantime, I have copied the following from the docket report. I stand firm in my belief that the second set of interrogatories were not authorized by the Court. However, if upon review of the docket, you still believe that the discovery order allowed such

10/8/2005

additional discovery, please let me know.

Below please find the text of the discovery order issued by Judge Tauro following the April 2005 scheduling conference.

Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. Plaintiffs may serve the interrogatories discussed in open court. The depositions and interrogatories shall be completed by October 31, 2005. No further discovery will be permitted without leave of this court. A Further Conference is scheduled for November 8, 2005 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 04/19/2005)

Thank you,
Kathianne Pennini

-----Original Message-----
**From:** Scott A. Lathrop [mailto:slathrop@lathroplawoffices.com]
**Sent:** Tuesday, September 27, 2005 4:41 PM
**To:** Kathianne Pennini
**Subject:** Re: Deposition dates


Dear Atty. Pennini:

If that is truly your belief and memory, then your proper course of action is to seek a protective order from the judge.

In all honesty I do not recall any unique limitation placed on my by Judge Tauro as to the information I could seek. But if you recall differently, you need to follow the above route.

Sincerely,


Scott A. Lathrop


Scott A. Lathrop & Associates
Attorneys at Law
122 Old Ayer Road
Groton, MA 01450
Tel: (978) 448-8234   Fax: (978) 448-8244

----- Original Message -----
**From:** Kathianne Pennini
**To:** Scott A. Lathrop
**Sent:** Tuesday, September 27, 2005 4:36 PM
**Subject:** RE: Deposition dates

Dear Attomey Lathrop:

I received your Notice for a Rule 30(b)(6) deposition as well as the Second Set of Interrogatories.  I am working to determine who will be the Rule 30(b)(6) deponent.

10/8/2005

However, I think that the second set of interrogatories goes beyond what was discussed at the scheduling conference. I agreed, at this conference, to respond to the interrogatories which you had already sent, and would not send any on behalf of the Defendant as the judge did not think that the parteis should engage in any written discovery. As scuh, it seems to go against the directive of the judge to ask Local 25 to answer an additional set of interrogatories.

Thank you,
Kathianne Pennini

-----Original Message-----
**From:** Scott A. Lathrop [mailto:slathrop@lathroplawoffices.com]
**Sent:** Wednesday, September 21, 2005 10:19 AM
**To:** Kathianne Pennini
**Cc:** Carl Gluek
**Subject:** Deposition dates


Dear Atty. Pennini:

At Mr. Carnes' deposition, you indicated that you would get back to us with regard to confirming deposition dates for other depositions that I had noticed. According to my response, I have not heard from you. Please do so now ASAP.

Thank you.


Sincerely,


Scott A. Lathrop


Scott A. Lathrop & Associates
Attorneys at Law
122 Old Ayer Road
Groton, MA 01450
Tel: (978) 448-8234    Fax: (978) 448-8244


10/8/2005

## Scott A. Lathrop

**From:**    "Kathianne Pennini" <kap@dwyerdf.com>
**To:**       "Scott A. Lathrop" <slathrop@lathroplawoffices.com>
**Sent:**    Tuesday, September 27, 2005 4:57 PM
**Subject:** RE: Deposition dates

Dear Attorney Lathrop

I would like, if possible, to resolve this issue without the need to file a protective order. However, I will do so, if necessary. In the meantime, I have copied the following from the docket report. I stand firm in my belief that the second set of interrogatories were not authorized by the Court. However, if upon review of the docket, you still believe that the discovery order allowed such additional discovery, please let me know.

Below please find the text of the discovery order issued by Judge Tauro following the April 2005 scheduling conference.

Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. Plaintiffs may serve the interrogatories discussed in open court. The depositions and interrogatories shall be completed by October 31, 2005. No further discovery will be permitted without leave of this court. A Further Conference is scheduled for November 8, 2005 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 04/19/2005)

Thank you,
Kathianne Pennini

-----Original Message-----
**From:** Scott A. Lathrop [mailto:slathrop@lathroplawoffices.com]
**Sent:** Tuesday, September 27, 2005 4:41 PM
**To:** Kathianne Pennini
**Subject:** Re: Deposition dates

Dear Atty. Pennini:

If that is truly your belief and memory, then your proper course of action is to seek a protective order from the judge.

In all honesty I do not recall any unique limitation placed on my by Judge Tauro as to the information I could seek. But if you recall differently, you need to follow the above route.

Sincerely,

Scott A. Lathrop

Scott A. Lathrop & Associates
Attorneys at Law
122 Old Ayer Road
Groton, MA 01450

10/8/2005

Tel: (978) 448-8234    Fax: (978) 448-8244

----- Original Message -----
**From:** Kathianne Pennini
**To:** Scott A. Lathrop
**Sent:** Tuesday, September 27, 2005 4:36 PM
**Subject:** RE: Deposition dates

Dear Attorney Lathrop:

I received your Notice for a Rule 30(b)(6) deposition as well as the Second Set of Interrogatories. I am working to determine who will be the Rule 30(b)(6) deponent. However, I think that the second set of interrogatories goes beyond what was discussed at the scheduling conference. I agreed, at this conference, to respond to the interrogatories which you had already sent, and would not send any on behalf of the Defendant as the judge did not think that the parteis should engage in any written discovery. As scuh, it seems to go against the directive of the judge to ask Local 25 to answer an additional set of interrogatories.

Thank you,
Kathianne Pennini

-----Original Message-----
**From:** Scott A. Lathrop [mailto:slathrop@lathroplawoffices.com]
**Sent:** Wednesday, September 21, 2005 10:19 AM
**To:** Kathianne Pennini
**Cc:** Carl Gluek
**Subject:** Deposition dates

Dear Atty. Pennini:

At Mr. Carnes' deposition, you indicated that you would get back to us with regard to confirming deposition dates for other depositions that I had noticed. According to my response, I have not heard from you. Please do so now ASAP.

Thank you.

Sincerely,

Scott A. Lathrop

Scott A. Lathrop & Associates
Attorneys at Law
122 Old Ayer Road
Groton, MA 01450
Tel: (978) 448-8234    Fax: (978) 448-8244

10/8/2005