UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CRAIG GOULET, | ) | CASE NO. 04-12577 JLT |
| | ) | |
| Plaintiff, | ) | JUDGE TAURO |
| | ) | |
| vs. | ) | **MOTION OF DEFENDANT NEW PENN** |
| | ) | **MOTOR EXPRESS, INC. TO COMPEL** |
| NEW PENN MOTOR EXPRESS, INC., | ) | **PLAINTIFF'S EXECUTION OF AN** |
| et. al., | ) | **AUTHORIZATION FOR THE RELEASE** |
| | ) | **OF HIS SOCIAL SECURITY** |
| Defendants. | ) | **DISABILITY FILE** |

Pursuant to Federal Civil Rules 26, 34 and 37, and Local Rule 37.1, Defendant New Penn Motor Express, Inc. hereby moves this Honorable Court for an Order compelling Plaintiff to produce an executed authorization for the release of his complete social security file, including any medical records contained therein, and his application for social security disability benefits.

A Memorandum in Support of this Motion and a Certification of Compliance with Local Rule 37.1 are attached hereto.

Respectfully submitted,

/s/ Carl H. Gluek
T. Merritt Bumpass, Jr. (Ohio Bar # 0015189)
mbumpass@frantzward.com
Carl H. Gluek (Ohio Bar #0029531)
cgluek@frantzward.com
FRANTZ WARD LLP
2500 Key Center
127 Public Square
Cleveland, Ohio 44114-1230
(216) 515-1660
(216) 515-1650 (facsimile)

and

Nicholas A. Klinefeldt (BBO # 647422)
nklinefeldt@klhboston.com
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, Massachusetts 02110
(617) 338-9300
(617) 338-9911 (facsimile)

Attorneys for Defendant New Penn Motor Express, Inc.