UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRAIG GOULET,                          *
                                       *
            Plaintiff,                 *
                                       *
     v.                                *          Civil Action No. 04-12577-JLT
                                       *
NEW PENN MOTOR EXPRESS, INC.,          *
and TEAMSTERS LOCAL 25,                *
INTERNATIONAL BROTHERHOOD              *
OF TEAMSTERS,                          *
                                       *
            Defendants.                *

ORDER

November 1, 2005

TAURO, J.

     After the Status Conference held on November 1, 2005, this court hereby orders that:

1.   Plaintiff's second set of interrogatories is hereby expunged;

2.   Plaintiff may depose Teamsters Local 25 pursuant to Rule 30(b)(6);

3.   The abovementioned deposition and all remaining discovery must be completed by
     November 30, 2005;

4.   Plaintiff must provide Defendant New Penn Motor Express, Inc. with Plaintiff's
     entire Social Security file by November 30, 2005;

5.   Plaintiff must also provide Defendant New Penn Motor Express, Inc. an attached
     list of documents contained within the Social Security file that he plans to
     withhold, if any, by November 30, 2005;

6.    No further discovery will be permitted without leave of this court; and

7.    A final pretrial conference will be held on December 14, 2005 at 10:00 a.m.

IT IS SO ORDERED.

_____/s/ Joseph L. Tauro_____
United States District Judge