UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRAIG GOULET,   *
                *
      Plaintiff,   *
                *
v.              *   Civil Action No. 04-12577
                *
NEW PENN MOTOR EXPRESS, and   *
TEAMSTERS LOCAL 25   *
INTERNATIONAL BROTHERHOOD OF   *
TEAMSTERS,   *
      Defendants.   *

ORDER

December 14, 2005

TAURO, J.

After a Conference held on December 14, 2005, this court hereby orders that:

1. Defendants may depose the Social Security Administration by January 15, 2006;

2. Defendants may file a Motion for Summary Judgment by January 15, 2006;

3. Plaintiff has until February 14, 2006 to respond to the abovementioned Motion for Summary Judgment;

4. Trial will begin on March 27, 2006 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge