UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG GOULET )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NEW PENN MOTOR EXPRESS )<br>    Defendant )<br>)<br>and )<br>)<br>TEAMSTERS LOCAL 25 )<br>INTERNATIONAL BROTHERHOOD OF )<br>TEAMSTERS )<br>)<br>    Defendant, ) | CIVIL ACTION<br>NO. 04-12577-JLT |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Defendant Teamsters Local 25, International Brotherhood of Teamsters certifies that is has complied with the provisions of Local Rule 7.1 regarding its motion for an extension of time in which to file its motion for summary judgment.

                                        For the Defendant,
                                        **INTERNATIONAL BROTHERHOOD OF**
                                        **TEAMSTERS, LOCAL UNION NO. 25,**
                                        By its attorney,


                                        /s/  Kathleen A. Pennini
                                        Matthew E. Dwyer (B.B.O. # 139840)
                                        Kathleen A. Pennini (b.B.O. # 654573)
                                        Dwyer, Duddy and Facklam, P.C.
                                        Two Center Plaza, Suite 430
                                        Boston, MA 02108-1804
Date:   January 13, 2006                (617) 723-9777

**CERTIFICATE OF SERVICE**

I, Kathleen A. Pennini, hereby certify that I have electronically filed this motion on January 13, 2006, with delivery to :

Scott Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA  01450

Carl H. Gluek, Esq.
Frantz Ward, LLP
55 Public Square Building, 19th Floor
Cleveland, OH  44113-1999

/s/ Kathleen A. Pennini
Kathleen A. Pennini

f:\l25\goulet\pldg\cert.compliance.7.1.mot.extend.sj.doc:blg