UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 JLT

*****************************************
```
CRAIG GOULET,                              *
    Plaintiff                              *
                                           *
    v.                                     *
                                           *
NEW PENN MOTOR EXPRESS, INC., and          *
TEAMSTERS LOCAL 25,                        *
INTERNATIONAL BROTHERHOOD OF               *
TEAMSTERS,                                 *
    Defendants                             *
```
*****************************************

## PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Plaintiff Craig Goulet certifies that he has complied with the provisions of Local 7.1(a)(2) regarding his Motion to Strike Affidavit of Burton Trevour.

 

Craig Goulet

By his attorney

*Scott A. Lathrop*
_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: February 13, 2006

Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Certificate on the defendants by mailing this day a copy to the last known address of their Attorneys of Record.

                                                                                */s/ Scott A. Lathrop*

                                                                                _____

                                                                                Scott A. Lathrop

Dated: February 13, 2006