UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CRAIG GOULET,** | ) CASE NO. 04-12577 JLT |
| **Plaintiff,** | ) |
| vs. | ) |
| **NEW PENN MOTOR EXPRESS, INC.,** et. al., | ) |
| **Defendants.** | ) |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Nicholas A. Klinefeldt hereby seeks leave of the Court to withdraw as counsel in the above-captioned matter. Specifically, Attorney Klinefeldt is moving his practice out of Kelly, Libby & Hoopes, P.C. and to another state. However, Attorney Frank A. Libby, Jr. from Kelly, Libby & Hoopes, P.C. will remain as counsel in this matter. Wherefore, Attorney Klinefeldt respectfully requests that the Court grant him leave to withdraw.

Respectfully submitted,

/s/ Nicholas A. Klinefeldt
Frank A. Libby, Jr. (BBO # 299110)
Nicholas A. Klinefeldt (BBO # 647422)
**KELLY, LIBBY & HOOPES, P.C.**
175 Federal Street
Boston, Massachusetts 02110
Telephone: 617-338-9300
Facsimile: 617-338-9911

*Attorneys for Defendant New Penn Motor Express, Inc.*

Dated: February 16, 2006