UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG GOULET )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW PENN MOTOR EXPRESS )<br>Defendant )<br>)<br>and )<br>)<br>TEAMSTERS LOCAL 25 )<br>INTERNATIONAL BROTHERHOOD OF )<br>TEAMSTERS )<br>)<br>Defendant, )<br>) | CIVIL ACTION<br>NO. 04-12577-JLT |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Defendant Teamsters Local 25, International Brotherhood of Teamsters certifies that is has complied with the provisions of Local Rule 7.1 regarding this Motion.

                      For the Defendant,
                      **INTERNATIONAL BROTHERHOOD OF**
                      **TEAMSTERS, LOCAL UNION NO. 25,**
                      By its attorney,

                      /s/ Kathleen A. Pennini
                      Matthew E. Dwyer (B.B.O. # 139840)
                      Kathleen A. Pennini (b.B.O. # 654573)
                      Dwyer, Duddy and Facklam, P.C.
                      Two Center Plaza, Suite 430
                      Boston, MA 02108-1804

Date:   February 24, 2006        (617) 723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have electronically filed this motion on February 24, 2006 with delivery to :

Scott Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA  01450

Carl H. Gluek, Esq.
Frantz Ward, LLP
55 Public Square Building, 19th Floor
Cleveland, OH  44113-1999

*Kathleen A. Pennini*
Kathleen A. Pennini

f:\l25\goulet\pldg\cert.consult.lr7.1.sj.doc:blg