UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG GOULET, ) | CASE NO. 04-12577 JLT |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF APPEARANCE |
| ) | |
| NEW PENN MOTOR EXPRESS, INC., ) et. al., ) | |
| ) | |
| Defendants. ) | |

**TO THE CLERK AND ALL PARTIES OF RECORD:**

Kindly enter the appearance of Sharon Lahey as counsel to New Penn Motor Express, Inc. in the above-captioned matter.

                                            Respectfully submitted,

                                          /s/ Sharon Lahey
                                         Frank A. Libby, Jr. (BBO # 299110)
                                         Sharon Lahey (BBO # 662084)
                                         **KELLY, LIBBY & HOOPES, P.C.**
                                         175 Federal Street
                                         Boston, Massachusetts 02110
                                         Telephone: 617-338-9300
                                         Facsimile: 617-338-9911

                                         *Attorneys for Defendant New Penn Motor Express, Inc.*

Dated: March 17, 2006

2

**CERTIFICATE OF SERVICE**

      I, Sharon Lahey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 17th day of March, 2006.

      /s/ Sharon Lahey
      Sharon Lahey