UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 WGY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| | |
|---|---|
| CRAIG GOULET, | \* |
|    Plaintiff | \* |
| | \* |
| v. | \* |
| | \* |
| NEW PENN MOTOR EXPRESS, INC., and | \* |
| TEAMSTERS LOCAL 25, | \* |
| INTERNATIONAL BROTHERHOOD OF | \* |
| TEAMSTERS, | \* |
|    Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S LIST OF ANTICIPATED WITNESSES

Plaintiff Craig Goulet's list of anticipated witnesses includes the following:

Craig Goulet
305 Cox Street
Hudson, Massachusetts 01749

William Carnes
45 Greenwood Street,
Melrose, Massachusetts 02176

Paul Dubiel
Comanche Circle
Billerica, Massachusetts

George D. Francey
324 Flagg Street,
Bridgewater, Massachusetts

Mark A. Harrington
86 Briarwood Drive
Hanover, Massachusetts

Janet McLaughlin

    9 Emerson Road
    Plymouth, Massachusetts

Plaintiff reserves the right to add rebuttal witnesses if the need arises.

        Craig Goulet

        By his attorney

        */s/ Scott A. Lathrop*

        _____
        Scott A. Lathrop, Esq.
        Scott A. Lathrop & Associates
        122 Old Ayer Road
        Groton, MA 01450
        (978) 448-8234
        BBO No. 287820

Dated:  June 19, 2006