UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG GOULET, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEW PENN MOTOR EXPRESS, INC., )<br>*et. al.*, )<br>)<br>Defendants. ) | Civil Action No. 04-12577 JLT<br><br>JUDGE WILLIAM G. YOUNG |

### DEFENDANT NEW PENN MOTOR EXPRESS, INC.'S LIST OF ANTICIPATED WITNESSES

Defendant New Penn Motor Express, Inc.'s ("New Penn's") list of anticipated witnesses includes the following:

Craig Goulet
305 Cox Street
Hudson, Massachusetts 01749

George Cashman

William Carnes
45 Greenwood Street
Melrose, Massachusetts 02176

Richey Reardon
Teamsters Local 25
544 Main Street
Boston, Massachusetts 02129-1113

Mark Harrington
Teamsters Local 25
544 Main Street
Boston, Massachusetts 02129-1113

Ronald Jenkins

Daniel Schmidt
New Penn Motor Express, Inc.
Corporate Office

P.O. Box 630
Lebanon, PA 17042-0630

Paul Dubiel
Comanche Circle
Billerica, Massachusetts

Charles Zaccaria
New Penn Motor Express, Inc.
Corporate Office
P.O. Box 630
Lebanon, PA 17042-0630

Andy Kerlik
New Penn Motor Express, Inc.
Corporate Office
P.O. Box 630
Lebanon, PA 17042-0630

Burton Trebour
A.P.A. Transport Corp.
2100 88 Street
North Bergen, New Jersey, 07047

Custodian of Records, Social Security Administration
2nd Floor, 100 Concord Street
Framingham, MA 01702

Defendant New Penn reserves the right to call additional witnesses if the need arises.

Respectfully submitted,

/s/ Carl H. Gluek
T. Merritt Bumpass, Jr. (Ohio Bar # 0015189)
mbumpass@frantzward.com
Carl H. Gluek (Ohio Bar #0029531)
cgluek@frantzward.com
FRANTZ WARD LLP
2500 Key Center
127 Public Square
Cleveland, Ohio 44114-1230
(216) 515-1660
(216) 515-1650 (facsimile)

        and

        Sharon Lahey
        slahey@klhboston.com
        KELLY, LIBBY & HOOPES, P.C.
        175 Federal Street
        Boston, Massachusetts 02110
        (617) 338-9300
        (617) 338-9911 (facsimile)

*Attorneys for Defendant New Penn Motor Express, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of New Penn's Witness List was served upon Scott A. Lathrop, Esq. of Scott A. Lathrop & Associates, Attorney for Plaintiff, 122 Old Ayer Road, Groton, MA 01450 and Kathleen Pennini, Esq. of Dwyer, Duddy, Facklam, Attorney for Teamsters Local 25, One Center Plaza, Suite 360, Boston, MA 02108, via electronic filing this 16th day of June, 2006.

        /s/ Carl H. Gluek
        Attorney for Defendants