UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG GOULET ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NEW PENN MOTOR EXPRESS ) | |
| Defendant ) | |
| ) | |
| and ) | |
| ) | |
| TEAMSTERS LOCAL 25 ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| TEAMSTERS ) | |
| ) | CIVIL ACTION |
| Defendant, ) | NO. 04-12577-WGY |
| ) | |

## TRIAL EXHIBITS

I. **Agreed-Upon Exhibits**

Exhibit 1:   October 16, 2001 decision of the New England Joint Area Committee

Exhibit 2:   Agreement between the Teamsters National Freight Industry Negotiating Committee and New Penn Motor Express, Inc.

Exhibit 3:   Facsimile, dated February 22, 2002, from George Cashman to Irene (w/ attachments)

Exhibit 4:   New Penn Motor Express's call list

Exhibit 5:   New Penn Motor Express's Responses to First and Second Set of Interrogatories

Exhibit 6:   April 7, 2003 grievance

Exhibit 7:   April 18, 2003 letter from George Cashman to Charles Zacarria

Exhibit 8:   July 25, 2003 letter from Craig Goulet to Mark Harrington

Exhibit 9:    September 8, 2003 Southern New England Joint Area Committee pre-hearing form

Exhibit 10:   Local 25's submission to Eastern Region Joint Area Committee concerning Case No. SC-21-04 (w/ attachments)

Exhibit 11:   July 28, 2004 decision of the Eastern Region Joint Area Committee concerning Case No. SC-21-04

Exhibit 12:   National Master Freight Agreement

Exhibit 13:   Decision of the Social Security Administration, dated August 12, 1995

Exhibit 14:   February 28, 2002 letter from George Cashman to Daniel Schmidt (w/ attachments)

Exhibit 15:   November 24, 2003 handwritten letter from Craig Goulet to Mark Harrington

Exhibit 16:   Eastern Region Joint Area Committee pre-hearing form

Exhibit 17:   August 11, 2004 letter from Ritchie Reardon to Craig Goulet

**II.**    **Disputed Exhibits**

Exhibit A:    Preference list with handwriting from G. Doug Francey

Exhibit B:    Hearing transcript for Eastern Region Joint Area Committee on July 24, 2004 for Case No. SC-21-04

Exhibit C:    Consultative Examination Report of Stephan Simonian, M.D., dated May 2, 2003

Exhibit D:    Canton Seniority List, dated November 2001

Exhibit E:    December 7, 2002 Authorization for Source to Release Information to the Social Security Administration

Exhibit F:    February 14, 2002 letter from Burton Trebour to George Cashman (w/ attachments)

Exhibit G:    February 14, 2002 letter from Burton Trebour to George Cashman (w/ attachment)

Respectfully submitted,
For the Defendant,
**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25**
By its attorneys,

*Kathleen A. Pennini*
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA  02108
(617) 723-9777

Respectfully submitted,
For the Defendant,
**NEW PENN MOTOR EXPRESS, INC.,**
By its attorneys,

*Carl H. Gluek (kap)*
T. Merritt Bumpass, Jr.
(Ohio Bar # 0015189)
Carl H. Gluek
(Ohio Bar # 0029531)
FRANTZ WARD
2500 Key Center
127 Public Square
Cleveland, Ohio 44114-1230
(215) 515-1660

For the Plaintiff,
**CRAIG GOULET**

By his attorney,

*Scott Lathrop (kap*
Scott A. Lathrop
BBO # 287820
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA   01450
(978) 44-8234

F:\L25\Goulet\pldg\trial.joint.exhibit.list.doc