IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **CRAIG GOULET** | ) | CASE NO. 04-12577 WGY |
| | ) | |
| **Plaintiff,** | ) | JUDGE WILLIAM G. YOUNG |
| | ) | |
| vs. | ) | |
| | ) | NEW PENN MOTOR EXPRESS, INC.'S |
| **NEW PENN MOTOR EXPRESS,** | ) | MOTION IN LIMINE REGARDING |
| **INC., et al.** | ) | TESTIMONY OF PLAINTIFF |
| | ) | |
| **Defendants.** | ) | |

Defendant, New Penn Motor Express, Inc. ("New Penn"), moves this Court for an order *in limine* excluding any testimony or evidence offered by Plaintiff, Craig Goulet ("Plaintiff") relating to statements allegedly made by a representative of Defendant, Teamsters Local 25, that relate to alleged statements of New Penn, as such evidence is inadmissible hearsay. New Penn requests that this preclusion should extend to all stages of this proceeding, including, but not limited to, jury instructions, opening and closing statements, all testimony and the introduction of all evidence.

A memorandum in support of this motion is attached hereto.

Respectfully submitted,

 /s/ Carl H. Gluek
T. Merritt Bumpass, Jr. (Ohio Bar # 0015189)
Carl H. Gluek  (Ohio Bar # 0029531)
*cgluek@frantzward.com*
FRANTZ WARD LLP
2500 Key Center
127 Public Square
Cleveland, OH  44114
(216) 515-1660
(216) 515-1650 (facsimilie)

and

Sharon Lahey
slahey@klhboston.com
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street

        Boston, Massachusettes 02110
        (617) 338-9300
        (617) 338-9911 (facsimile)

*Attorneys for Defendant*
*New Penn Motor Express, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of New Penn's Motion in Limine Regarding Testimony of Plaintiff was served upon Scott A. Lathrop, Esq., of Scott A. Lathrop & Associates, Attorney for Plaintiff, 122 Old Ayer Road, Groton, MA 01450 and Kathleen Pennini, Esq. of Dwyer, Duddy, Facklam, Attorney for Teamsters Local 25, One Center Plaza, Suite 360, Boston, MA 02108, via electronic filing and ordinary U.S. mail, postage prepaid, this 16th day of June, 2006.

        /s/ Carl H. Gluek
        Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **CRAIG GOULET** | ) | **CASE NO. 04-12577 WGY** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE WILLIAM G. YOUNG** |
| | ) | |
| vs. | ) | |
| | ) | **PROPOSED ORDER** |
| **NEW PENN MOTOR EXPRESS, INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

  This matter came before the Court upon Defendant, New Penn Motor Express, Inc.'s Motion in Limine to Exclude Testimony of Plaintiff. The Court has carefully considered the Motion and the record, and finds the Motion well taken. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

that testimony by Plaintiff regarding statements of Teamsters Business Agent William Carnes as to the statements of New Penn is excluded.

_____          _____
Date                                                                                  Judge William G. Young