UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CRAIG GOULET**<br><br>Plaintiff,<br><br>v.<br><br>**NEW PENN MOTOR EXPRESS**<br>**Defendant**<br><br>and<br><br>**TEAMSTERS LOCAL 25**<br>**INTERNATIONAL BROTHERHOOD OF**<br>**TEAMSTERS**<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>CIVIL ACTION<br>NO. 04-12577-WGY |

## WITNESS LIST FOR TEAMSTERS LOCAL 25, INTERNATIONAL BROTHERHOOD OF TEAMSTERS

Defendant, International Brotherhood of Teamsters Local 25's (hereinafter, "Local 25") list of anticipated witnesses includes the following:

Mark Harrington
Teamsters Local 25
544 Main Street
Charlestown, MA  02129

William Carnes
45 Greenwood Street
Melrose, MA  021769

G. Douglas Francey
Flagg Street
Bridgewater, MA  02324

Burton Trebour
APA Transport Corp.,
2100 88 Street
North Bergen, New Jersey, 07047

Craig Goulet
305 Cox Street
Hudson, MA 01749

    The Defendant, Teamsters Local 25 reserves the right to recall rebuttal witnesses not listed on its witness list.

For the Defendant,
**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 25,**
By its attorney,

_/s/ Matthew E. Dwyer_
Matthew E. Dwyer (B.B.O. # 139840)
Kathleen A. Pennini (b.B.O. # 654573)
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
(617) 723-9777

Date: June 17, 2006

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have electronically filed this motion on February 24, 2006 with electronic delivery to :

Scott Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450

Carl H. Gluek, Esq.
Frantz Ward, LLP
55 Public Square Building, 19th Floor
Cleveland, OH 44113-1999

_/s/ Kathleen A. Pennini_
Kathleen A. Pennini

F:\L25\Goulet\pldg\L25.trial.witness.list.doc