UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG GOULET )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW PENN MOTOR EXPRESS )<br>Defendant )<br>)<br>and )<br>)<br>TEAMSTERS LOCAL 25 )<br>INTERNATIONAL BROTHERHOOD OF )<br>TEAMSTERS )<br>)<br>Defendant, )<br>) | CIVIL ACTION<br>NO. 04-12577-WGY |

### DEFENDANT, TEAMSTERS LOCAL 25'S MOTION IN LIMINE TO STRIKE PLAINTIFF'S ERRATA SHEET

The Defendant, Teamsters Local 25, hereby moves this Court for an order in *limine* to strike the errata sheet of the Plaintiff, Craig Goulet. The Defendant requests that the Plaintiff be precluded from referencing his errata sheet in all stages of this proceeding, including, but not limited to, jury instructions, opening and closing statements, all testimony and the introduction of all evidence. As reason therefore, Defendant, Teamsters Local 25 submit the memorandum attached hereto.

1

        Respectfully submitted,
        Defendant,
        **International Brotherhood of Teamsters, Local 25**
        By its attorneys,

*/s/ Kathleen A. Pennini*
Matthew E. Dwyer (BBO# 139840)
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
617-723-9777

Date: June 17, 2006

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I sent a copy of the foregoing document with attachments, via electronic filing to:

Scott Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450

Carl H. Gluek, Esq.
Frantz Ward, LLP
55 Public Square Building, 19th Floor
Cleveland, OH 44113-1999

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini

Date: June 17, 2006

F:\L25\Goulet\pldg\mot.limine.strike.errata.sheet.doc

2