UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 JLT

```
*****************************
CRAIG GOULET,                          *
    Plaintiff                          *
                                       *
    v.                                 *
                                       *
NEW PENN MOTOR EXPRESS, INC., and      *
TEAMSTERS LOCAL 25,                    *
INTERNATIONAL BROTHERHOOD OF           *
TEAMSTERS,                             *
    Defendants                         *
*****************************
```

## VERDICT

1. In regard to Goulet' claim against Teamsters Local 25, please answer the following questions.

    a. Did Teamsters Local 25 violate its duty of fair representation in the way that it handled Goulet's attempt to get on New Penn Motor Express's call list?

    Yes ___   No ___

    b. Did Teamsters Local 25 violate its duty of fair representation in the way that it handled Goulet's grievance against New Penn Motor Express?

    Yes ___   No ___

If you have answered NO to both parts of Question 1, do not answer any further Questions. If you have answered YES to either Question 1(a) or Question 1(b), proceed to Question 2.

1

2. What amount of money, if paid now in cash, would fairly and reasonably compensate Goulet for the following harms or losses, if any, caused by the actions of Teamsters Local 25? Answer in DOLLARS or NONE in each blank.

    a. Loss of earnings and benefits through the date of your verdict    _____

    b. Loss of future earnings and benefits (after your verdict)    _____

    c. Emotional distress    _____

    d. Punitive damages    _____

3. In regard to Goulet's claim against New Penn Motor Express, please answer the following question:

    a. Did New Penn Motor Express violate its contract with the Teamsters agreement with New Penn Motor Express regarding calling former employees of APA Transport by failing to call Goulet to work?

        Yes \_\_  No \_\_

If you have answered NO to Question 3, do not answer any further Questions. If you have answered YES to Question 4, proceed to Question 4.

4. What amount of money, if paid now in cash, would fairly and reasonably compensate Goulet for the following harms or losses, if any, caused by the actions of New Penn Motor Express? Answer in DOLLARS or NONE in each blank.

    a.    Loss of earnings and benefits through the date of your verdict     _____

    b.    Loss of future earnings and benefits (after your verdict)     _____

    c.    Emotional distress     _____

    d.    Punitive damages     _____

_____      _____
Date      Foreperson