AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

Goulet
v.
New Penn Motors, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-12577-WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
|  |  |  |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
|  |  |  |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 6/19/06 |  |  | Craig Goulet |
|  |  |  |  | 13 | SS decision 8/21/85 |
|  |  |  |  | 1 | Grievance Committee decision |
|  |  |  |  | 6 | handwritten grievance 4/7/03 |
|  |  |  |  | 8 | ltr 7/25/03 |
|  |  |  |  | 10 | Submission by Harrington to Grievance Comm. |
|  |  |  | B | 20 | transcript of grievance hrg. |
|  |  | 6/20/06 |  |  | Craig Goulet |
|  |  |  | E | 18 | 12/7/02 SS application |
|  |  |  |  |  | George D. Francey |
|  |  |  | A | 19 | list - seniority |
|  |  |  |  |  | William Cairns |
|  |  |  |  |  | Janet McLaughlin |
|  |  |  |  | 7 | 4/18/03 ltr from Cashmas |
|  |  |  |  | 14 | 2/25/02 ltr  "     " |
|  |  |  |  | 5 | New Penn ans. to interrogatories |
|  |  |  |  |  | Mark Harrington |
|  |  |  |  | 12 | Nat'l Master Freight agreement... 4/1/98-3/31/03 |
|  |  |  |  |  | Paul DeBiel |
|  |  |  |  | 4 | New Penn call list |
|  |  |  |  | 2 | Contract 2/13/02 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Goulet | | | | vs. | Local 35 | CASE NO. CA 04 12577-WGY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | 3 | fax 2/22/02 |
| | | | | 9 | # 9/8/03 prchrg form |
| | | | | 11 | decision 7/28/04 |
| | | | | 15 | ltr 11/24/03 |
| | | | | 16 | prchrg form 9/28/04 |
| | | | | 17 | ltr 8/11/04 |
| | | 6/21 | Jury Question #1 | | Jury Question #1 |

Page _____ of _____ Pages