UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
CRAIG GOULET,                         *
     Plaintiff                        *
                                      *
     v.                               *
                                      *   CIVIL ACTION NO. 04-12577 WGY
                                      *
TEAMSTERS LOCAL 25,                   *
INTERNATIONAL BROTHERHOOD OF          *
TEAMSTERS,                            *
     Defendant                        *
*************************************
```

## JURY VERDICT

We find for

__✓__   Teamsters Local 25

_____   Craig Goulet and assess compensatory damages of _____

_____
Foreman

Date: 6/21/06