UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **CRAIG GOULET**<br><br>Plaintiff<br><br>v.<br><br>**NEW PENN MOTOR**<br>**INT'L BROS. OF TEAMSTERS UNION LOCAL 25**<br>Defendant | Civil Action<br>No:04-12577-WGY |

JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT** Int'l Brothers of Teamsters Local 25 and New Penn Motors..

                                                                      Sarah A. Thornton

                                                                       **Clerk**

**So Approved**

 **/s/ William G. Young**                                           **/s/ Elizabeth Smith**

                                                                        **Deputy Clerk**

**June 21, 2006**

**To: All Counsel**