UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 WGY

****************************************
CRAIG GOULET,                          *
   Plaintiff                           *
                                       *
   v.                                  *
                                       *
NEW PENN MOTOR EXPRESS, INC., and      *
TEAMSTERS LOCAL 25,                    *
INTERNATIONAL BROTHERHOOD OF           *
TEAMSTERS,                             *
   Defendants                          *
****************************************


## PLAINTIFF'S MOTION FOR A NEW TRIAL

Pursuant to Rule 59(a) plaintiff Craig Goulet hereby moves this Court for a new trial. As grounds therefore, plaintiff asserts the following:

1. It was error to direct a verdict in favor of defendant New Penn Motor Express, Inc.;

2. The jury verdict was against the weight of the evidence; and

3. The jury charge contained plain error.

These arguments are more fully developed in the accompanying Memorandum in Support.

**WHEREFORE** plaintiff should be granted a new trial.

1

        Craig Goulet

        By his attorney

        */s/ Scott A. Lathrop*

        _____
        Scott A. Lathrop, Esq.
        Scott A. Lathrop & Associates
        122 Old Ayer Road
        Groton, MA 01450
        (978) 448-8234
        BBO No. 287820

Dated: July 3, 2006

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants by electronic service and mail on their Attorneys of Record

        */s/ Scott A. Lathrop*

        _____
        Scott A. Lathrop

Dated: July 3, 2006