UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CRAIG GOULET**  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**NEW PENN MOTOR EXPRESS**  )<br>      Defendant  )<br>  )<br>and  )<br>  )<br>**TEAMSTERS LOCAL 25**  )<br>**INTERNATIONAL BROTHERHOOD OF**  )<br>**TEAMSTERS**  )<br>  )<br>      Defendant,  )<br>  ) | CIVIL ACTION<br>NO. 04-12577-WGY |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, TEAMSTERS LOCAL 25

Now comes Matthew E. Dwyer, Esq. and Kathleen A. Pennini, Esq., attorneys at Dwyer, Duddy and Facklam, P.C., counsel for the Defendant, Teamsters Local 25, and respectfully requests permission from the Court to withdraw as counsel in this matter. As grounds for this Motion, counsel states as follows:

1. Dwyer, Duddy and Facklam, P.C. no longer serves as counsel for the Defendant, Teamsters Local 25.

2. It is our understand that a notice of appearance from successor counsel, Michael A. Feinberg, of the law firm of Feinberg, Campbell & Zack, P.C. is being filed contemporaneous herewith.

WHEREFORE, it is respectfully requested that this Honorable Court allow the undersigned's withdrawal forthwith.

                                        For the Defendant,
**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION 25,**
By its withdrawing attorneys,

_____
Matthew E. Dwyer (B.B.O. # 139840)
Kathleen A. Pennini (B.B.O. # 654573)
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
Date: September 7, 2006   (617) 723-9777


## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have electronically filed this motion on September 7, 2006 with delivery via first class-mail and electronic delivery to:

Scott Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450

Carl H. Gluek, Esq.
Frantz Ward, LLP
127 Public Square
Cleveland, OH 44114

Michael A. Feinberg, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street, # 300
Boston, MA 02109

_____
Kathleen A. Pennini

F:\L25\Goulet\pldg\mot.wd.counsel.doc