UNITED STATES DISTRCIT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG GOULET )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>NEW PENN MOTOR EXPRESS )<br> )<br>and )<br> )<br>TEAMSTERS LOCAL UNION NO. 25, )<br>AFFILIATED WITH THE INTERNATIONAL )<br>BROTHERHOOD OF TEAMSTERS, )<br>    Defendants. ) | CIVIL ACTION NO.<br>04-12577-WGY |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned counsel does hereby submit his appearance as counsel for the Plaintiff, Teamsters Local Union No. 25 in the above-captioned matter.

Respectfully submitted,
Local Union No. 25,
International Brotherhood of Teamsters


/s/ Michael A. Feinberg_____
Michael A. Feinberg, Esq.
B.B.O. # 161400
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
617-338-1976

Dated: September 22, 2006

**CERTIFICATE OF SERVICE**

  I, Michael A. Feinberg, Esq., do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and true paper copies of the foregoing document has been served upon the following by regular first class mail:

Sean O'Brien, President
Teamsters Local Union No. 25
544 Main Street
Charlestown, MA 02129

Scott Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450

Carl H. Gluek, Esq.
Frantz Ward, LLP
127 Public Square
Cleveland, OH 44114

This 22nd day of September 2006.

               /s/ Michael A. Feinberg_____
               Michael A. Feinberg, Esq.
               Feinberg, Campbell & Zack, P.C.
               177 Milk Street
               Boston, MA 02109
               617-338-1976