UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12577 WGY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| |
CRAIG GOULET, | \*
   Plaintiff | \*
| \*
   v. | \*
| \*
NEW PENN MOTOR EXPRESS, INC., and | \*
TEAMSTERS LOCAL 25, | \*
INTERNATIONAL BROTHERHOOD OF | \*
TEAMSTERS, | \*
   Defendants | \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

NOTICE is hereby given that plaintiff Craig Goulet hereby appeals to the First Circuit Court of Appeals from the order granting defendant New Penn Motor Express, Inc.'s Motion for Directed Verdict on June 21, 2006, from the judgment entered on June 21, 2006, and from the denial of Plaintiff's Motion for a New Trial on September 14, 2006.

                                               Craig Goulet

                                               By his attorney

                                               *Scott A. Lathrop*

                                               _____
                                               Scott A. Lathrop, Esq.
                                               Scott A. Lathrop & Associates
                                               122 Old Ayer Road
                                               Groton, MA 01450
                                               (978) 448-8234
                                               BBO No. 287820

Dated: October 10, 2006

Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Notice on the defendants by mailing this day a copy to the last known address of their Attorneys of Record.

*Scott A. Lathrop*
_____
Scott A. Lathrop

Dated: October 10, 2006